## AUTHORIZATION

I, Juan Davila-Bajana, hereby authorize the custodian of my inmate account to withdraw from my account and pay to the Clerk, United States District Court for the Western District of Pennsylvania, the initial partial filing fee of $37.49, and to make monthly payments of twenty percent (20%) of the preceding month's income credited to my account and to forward payments from my account, each time the amount in my account exceeds $10.00, to Clerk, United States District Court, until the entire filing fee of $150.00 for Civil Action No. 04-253 Erie has been paid.

_____          7/12/05
PLAINTIFF                                          DATE

================================================================

## WITHDRAWAL OF ACTION

I, Juan Davila-Bajana, hereby Move to Withdraw this action.

_____          _____
PLAINTIFF                                          DATE