IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | Civil Action No. 04-253E |
| | ) | |
| Plaintiff, | ) | Hon. Sean J. McLaughlin |
| | ) | United States District |
| v. | ) | Judge |
| | ) | |
| TIM HOLOHAN, <u>et</u> <u>al.</u>, | ) | Hon. Susan Paradise Baxter |
| | ) | Chief United States Magistrate |
| Defendants. | ) | Judge |
| | ) | |
| | ) | ELECTRONICALLY FILED |
| | ) | |

## **ORDER**

AND NOW, to wit, this _____ day of _____, 200\_\_, upon consideration of Defendants' Motion to Dismiss, and all other pertinent papers,

IT IS HEREBY ORDERED that said Motion is GRANTED, and IT IS FURTHER ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE