# EXHIBIT 1

```
   BOPUK   540*23  *           SENTENCE MONITORING              *    10-28-2005
   PAGE 001        *           COMPUTATION DATA                 *    11:00:49
                                AS OF 10-28-2005

REGNO..: 47580-053 NAME: DAVILA-BAJANA, JUAN


FBI NO............: 536123W9            DATE OF BIRTH: 12-18-1954
ARS1..............: MCK/A-DES
UNIT..............: B                    QUARTERS.....: B01-126L
DETAINERS.........: YES                  NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 05-11-2016

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-11-2016 VIA GCT REL

REMARKS.........: DETAINER: US INS, PITTSBURGH, PA - POSSIBLE DEPORTATION

-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------


COURT OF JURISDICTION............: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER....................: CR 96-0985 (RR)
JUDGE............................: RAGGI
DATE SENTENCED/PROBATION IMPOSED: 02-27-1998
DATE COMMITTED...................: 04-01-1998
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:   $100.00         $00.00            $00.00         $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:  391
OFF/CHG: 21:846,841 CONSPIRACY TO DISTRIBUTE COCAINE AND HEROIN.

   SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
   SENTENCE IMPOSED/TIME TO SERVE.:   20 YEARS
   TERM OF SUPERVISION............:    3 YEARS
   CLASS OF OFFENSE...............: CLASS C FELONY
   RELATIONSHIP OF THIS OBLIGATION
    TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
   DATE OF OFFENSE................: 10-18-1996




          G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *           SENTENCE MONITORING         *    10-28-2005
   PAGE 002        *            COMPUTATION DATA           *    11:00:49
                                 AS OF 10-28-2005

REGNO..: 47580-053 NAME: DAVILA-BAJANA, JUAN


------------------------CURRENT COMPUTATION NO: 020 ------------------------


COMPUTATION 020 WAS LAST UPDATED ON 04-16-2002 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-30-1999
TOTAL TERM IN EFFECT............:    20 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    20 YEARS
EARLIEST DATE OF OFFENSE........: 10-18-1996

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 929
TOTAL GCT EARNED................: 311
STATUTORY RELEASE DATE PROJECTED: 11-11-2016
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-29-2019


PROJECTED SATISFACTION DATE.....: 11-11-2016
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: THE START DATE OF THIS COMPUTATION IS A FUTURE START DATE.
                THIS DATE REFLECTS THE RELEASE DATE OF COMP 010.  SHOULD THE
                RELEASE DATE OF COMP 010 BE AMENDED, THE START DATE OF THIS
                COMP (020) WILL NEED TO BE AMENDED ACCORDINGLY.




G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23  *          SENTENCE MONITORING          *    10-28-2005
PAGE 003           *            COMPUTATION DATA           *    11:00:49
                                 AS OF 05-30-1999

REGNO..: 47580-053 NAME: DAVILA-BAJANA, JUAN


FBI NO...........:                        DATE OF BIRTH: 12-18-1954
ARS1.............: MCK/A-DES
UNIT.............: B                      QUARTERS.....: B01-126L
DETAINERS........: YES                    NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  05-30-1999 VIA GCT REL

REMARKS.........: DETAINER: US INS, PITTSBURGH, PA - POSSIBLE DEPORTATION

-------------------------PRIOR JUDGMENT/WARRANT NO: 010 -------------------------


COURT OF JURISDICTION............: NEW YORK, EASTERN DISTRICT
DOCKET NUMBER....................: CR 90-0929 (RR)
JUDGE............................: RAGGI
DATE SENTENCED/PROBATION IMPOSED: 05-10-1991
DATE SUPERVISION REVOKED.........: 02-27-1998
TYPE OF SUPERVISION REVOKED......: REG
DATE COMMITTED...................: 04-01-1998
HOW COMMITTED....................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED................: NO

                 FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:  $50.00         $00.00           $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------

OFFENSE CODE....:  391
OFF/CHG: CONSP. TO DIST COCAINE, T 21 USC 846.
         ***SUPERVISED RELEASE VIOLATOR***

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION
 SENTENCE IMPOSED/TIME TO SERVE.:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: CONSECUTIVE
 DATE OF OFFENSE................: 10-24-1990




G0002        MORE PAGES TO FOLLOW . . .
```

```
   BOPUK   540*23 *            SENTENCE MONITORING           *     10-28-2005
PAGE 004 OF 004 *               COMPUTATION DATA             *     11:00:49
                               AS OF 05-30-1999

REGNO..: 47580-053 NAME: DAVILA-BAJANA, JUAN



---------------------------PRIOR COMPUTATION NO: 010 -------------------------


COMPUTATION 010 WAS LAST UPDATED ON 08-21-1998 AT MCK AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:    010 010

DATE COMPUTATION BEGAN..........: 02-27-1998
TOTAL TERM IN EFFECT............:     3 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 10-24-1990

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       10-18-1996     02-26-1998

TOTAL PRIOR CREDIT TIME.........: 497
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 141
STATUTORY RELEASE DATE PROJECTED: 05-30-1999
SIX MONTH /10% DATE.............: 02-25-1999
EXPIRATION FULL TERM DATE.......: 10-18-1999


ACTUAL SATISFACTION DATE........: 05-30-1999
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: MCK
ACTUAL SATISFACTION KEYED BY....: MJC

DAYS REMAINING..................: 141
FINAL PUBLIC LAW DAYS...........: 0




   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```