# EXHIBIT 2

```
   BOPUK   531.01  *              INMATE HISTORY             *      10-28-2005
PAGE 001          *                 ADM-REL                  *      11:01:12
   REG NO..: 47580-053  NAME....: DAVILA-BAJANA, JUAN
   CATEGORY: ARS         FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-15-2005 1217 CURRENT
 MCK    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  04-15-2005 0915 04-15-2005 1217

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  09-03-2004 1218 04-15-2005 0915

 MCK    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  09-03-2004 0955 09-03-2004 1218

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  02-08-2000 0945 09-03-2004 0955

 S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-08-2000 0945 02-08-2000 0945

 S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-08-2000 0620 02-08-2000 0945

 LEW    HLD REMOVE HOLDOVER REMOVED               02-08-2000 0620 02-08-2000 0620

 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   02-03-2000 1300 02-08-2000 0620

 B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-03-2000 1300 02-03-2000 1300

 B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-03-2000 0456 02-03-2000 1300

 BRO    HLD REMOVE HOLDOVER REMOVED               02-03-2000 0456 02-03-2000 0456

 BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED   01-12-2000 1357 02-03-2000 0456

 B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-12-2000 1357 01-12-2000 1357

 B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-12-2000 0510 01-12-2000 1357

 LEW    HLD REMOVE HOLDOVER REMOVED               01-12-2000 0510 01-12-2000 0510

 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   01-07-2000 1254 01-12-2000 0510

 S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-07-2000 1254 01-07-2000 1254

 S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-07-2000 0930 01-07-2000 1254

 MCK    FED WRIT   RELEASE ON FEDERAL WRIT        01-07-2000 0930 02-08-2000 0945

 MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-26-1999 0958 01-07-2000 0930

 S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-26-1999 0958 10-26-1999 0958

 S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-26-1999 0515 10-26-1999 0958

 LEW    HLD REMOVE HOLDOVER REMOVED               10-26-1999 0515 10-26-1999 0515

 LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-05-1999 1611 10-26-1999 0515

 I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-05-1999 1611 10-05-1999 1611

 I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-1999 0530 10-05-1999 1611

 A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-18-1999 0530 08-18-1999 0530

 A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-16-1999 0608 08-18-1999 0530
```

```
LEW   HLD REMOVE  HOLDOVER REMOVED            08-16-1999 0608 08-16-1999 0608

LEW   A-HLD       HOLDOVER, TEMPORARILY HOUSED 08-11-1999 1420 08-16-1999 0608

S13   RELEASE     RELEASED FROM IN-TRANSIT FACL 08-11-1999 1420 08-11-1999 1420

S13   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-11-1999 1025 08-11-1999 1420

MCK   FED WRIT    RELEASE ON FEDERAL WRIT      08-11-1999 1025 10-26-1999 0958

MCK   A-DES       DESIGNATED, AT ASSIGNED FACIL 11-05-1998 0945 08-11-1999 1025

S12   RELEASE     RELEASED FROM IN-TRANSIT FACL 11-05-1998 0945 11-05-1998 0945

S12   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-05-1998 0521 11-05-1998 0945

LEW   HLD REMOVE  HOLDOVER REMOVED            11-05-1998 0521 11-05-1998 0521

LEW   A-HLD       HOLDOVER, TEMPORARILY HOUSED 10-22-1998 1502 11-05-1998 0521

B01   RELEASE     RELEASED FROM IN-TRANSIT FACL 10-22-1998 1502 10-22-1998 1502

B01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-22-1998 0931 10-22-1998 1502


G0002        MORE PAGES TO FOLLOW . . .




   BOPUK  531.01 *           INMATE HISTORY              *      10-28-2005
PAGE 002 OF 002 *              ADM-REL                   *      11:01:12

   REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
   CATEGORY: ARS         FUNCTION: PRT        FORMAT:

FCL   ASSIGNMENT DESCRIPTION            START DATE/TIME STOP DATE/TIME

OTV   HLD REMOVE  HOLDOVER REMOVED            10-22-1998 0931 10-22-1998 0931

OTV   A-HLD       HOLDOVER, TEMPORARILY HOUSED 10-07-1998 1700 10-22-1998 0931

6-B   RELEASE     RELEASED FROM IN-TRANSIT FACL 10-07-1998 1700 10-07-1998 1700

6-B   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-17-1998 1121 10-07-1998 1700

BRO   HLD REMOVE  HOLDOVER REMOVED            09-17-1998 1121 09-17-1998 1121

BRO   A-HLD       HOLDOVER, TEMPORARILY HOUSED 08-26-1998 1229 09-17-1998 1121

B01   RELEASE     RELEASED FROM IN-TRANSIT FACL 08-26-1998 1229 08-26-1998 1229

B01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-26-1998 0602 08-26-1998 1229
```

```
LEW    HLD REMOVE  HOLDOVER REMOVED                      08-26-1998 0602 08-26-1998 0602
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED          08-21-1998 1454 08-26-1998 0602
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL         08-21-1998 1454 08-21-1998 1454
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL        08-21-1998 1030 08-21-1998 1454
MCK    FED WRIT    RELEASE ON FEDERAL WRIT               08-21-1998 1030 11-05-1998 0945
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL         04-01-1998 1000 08-21-1998 1030
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL         04-01-1998 1000 04-01-1998 1000
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL        04-01-1998 0515 04-01-1998 1000
LEW    HLD REMOVE  HOLDOVER REMOVED                      04-01-1998 0515 04-01-1998 0515
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED          03-26-1998 1339 04-01-1998 0515
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL         03-26-1998 1339 03-26-1998 1339
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL        03-26-1998 0845 03-26-1998 1339
OTV    HLD REMOVE  HOLDOVER REMOVED                      03-26-1998 0845 03-26-1998 0845
OTV    A-HLD       HOLDOVER, TEMPORARILY HOUSED          03-18-1998 1624 03-26-1998 0845
1-R    RELEASE     RELEASED FROM IN-TRANSIT FACL         03-18-1998 1624 03-18-1998 1624
1-R    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL        03-09-1998 1600 03-18-1998 1624
CNK    ADMIN REL   ADMINISTRATIVE RELEASE                03-09-1998 1600 03-09-1998 1600
CNK    A-ADMIN     ADMINISTRATIVE ADMISSION              03-09-1998 0833 03-09-1998 1600
6-B    RELEASE     RELEASED FROM IN-TRANSIT FACL         03-09-1998 0833 03-09-1998 0833
6-B    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL        03-06-1998 1033 03-09-1998 0833
BRO    HLD REMOVE  HOLDOVER REMOVED                      03-06-1998 1033 03-06-1998 1033
BRO    A-HLD       HOLDOVER, TEMPORARILY HOUSED          02-26-1998 1310 03-06-1998 1033
BRO    ADM CHANGE  RELEASE FOR ADMISSION CHANGE          02-26-1998 1309 02-26-1998 1310
BRO    A-PRE       PRE-SENT ADMIT, ADULT                 01-22-1998 1308 02-26-1998 1309
4-A    RELEASE     RELEASED FROM IN-TRANSIT FACL         01-22-1998 1308 01-22-1998 1308
4-A    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL        01-22-1998 1134 01-22-1998 1308
NYM    PRE OTHER   PRE SENT RMV TO OTHER BOP FACL        01-22-1998 1134 01-22-1998 1134
NYM    A-PRE       PRE-SENT ADMIT, ADULT                 11-08-1996 1752 01-22-1998 1134
```

```
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```