# EXHIBIT 3

```
   BOPUK   531.01  *              INMATE HISTORY              *     10-28-2005
PAGE 001            *                WRK DETAIL              *     11:01:15

 REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
 CATEGORY: WRK        FUNCTION: PRT          FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME

MCK    REC        RECREATION ORDERLY          04-15-2005 1217 CURRENT
MCK    REC        RECREATION ORDERLY          09-03-2004 1218 04-15-2005 0915

MCK    REC        RECREATION ORDERLY          10-31-2003 0001 09-03-2004 0955

MCK    ORD B A    ORDERLY BA                  04-01-2003 1116 10-31-2003 0001

MCK    UNASSG     UNASSIGNED                  03-31-2003 0001 04-01-2003 1116

MCK    I ASEMBLY2 ASSEMBLY 2 - 3:50PM - 11:00PM 11-13-2002 0001 03-31-2003 0001

MCK    I PROD.1   PRODUCTION 1                08-01-2002 0001 11-13-2002 0001

MCK    ORD B A    ORDERLY BA                  03-15-2002 0001 08-01-2002 0001

MCK    UNASSG     UNASSIGNED                  03-13-2002 1207 03-15-2002 0001

MCK    SHU UNASSG SHU UNASSIGNED              03-07-2002 1838 03-13-2002 1207

MCK    I PROD.1   PRODUCTION 1                01-01-2002 0001 03-07-2002 1838

MCK    VACATION   VACATION                    12-31-2001 0001 01-01-2002 0001

MCK    I PROD.1   PRODUCTION 1                07-20-2000 0001 12-31-2001 0001

MCK    UNASSG     UNASSIGNED                  06-30-2000 1232 07-20-2000 0001

MCK    SHU UNASSG SHU UNASSIGNED              06-22-2000 1200 06-30-2000 1232

MCK    I PROD.1   PRODUCTION 1                02-08-2000 0945 06-22-2000 1200

MCK    UNASSG     UNASSIGNED                  02-08-2000 1435 02-08-2000 1436

MCK    A&O        ADMISSION & ORIENTATION     02-08-2000 0945 02-08-2000 1435

LEW    UNASSG     UNASSIGNED WORK DETAIL      02-03-2000 1300 02-08-2000 0620

BRO    A&O        ADMISSION & ORIENTATION     01-12-2000 1357 02-03-2000 0456

LEW    UNASSG     UNASSIGNED WORK DETAIL      01-07-2000 1254 01-12-2000 0510

MCK    I PROD.1   PRODUCTION 1                11-05-1999 0001 01-07-2000 0930

MCK    UNASSG     UNASSIGNED                  11-04-1999 0001 11-05-1999 0001

MCK    A&O        ADMISSION & ORIENTATION     10-26-1999 0958 11-04-1999 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL      10-05-1999 1611 10-26-1999 0515

LEW    UNASSG     UNASSIGNED WORK DETAIL      08-11-1999 1420 08-16-1999 0608

MCK    I PROD.1   PRODUCTION 1                04-13-1999 1259 08-11-1999 1025

MCK    PROD.1     PRODUCTION 1                03-23-1999 0001 04-13-1999 1259

MCK    ORD 2 A    ORDERLY 2 A                 11-12-1998 0904 03-23-1999 0001
```

```
MCK   UNASSG     UNASSIGNED                    11-10-1998 0001 11-12-1998 0904
MCK   A&O        ADMISSION & ORIENTATION       11-05-1998 0945 11-10-1998 0001
LEW   UNASSG     UNASSIGNED WORK DETAIL        10-22-1998 1502 11-05-1998 0521
OTV   UN JAIL    HOLDOVER/JAIL INMATE UNASSG   10-11-1998 0800 10-22-1998 0931
OTV   HLD-A&O    WAITING FOR A/O               10-08-1998 0001 10-11-1998 0800
OTV   UNASSG     UNASSIGNED                    10-07-1998 1700 10-08-1998 0001
BRO   UNASSG     UNASSIGNED WORK ASSIGNMENT    09-09-1998 1444 09-17-1998 1121
BRO   A&O        ADMISSION & ORIENTATION       08-26-1998 1229 09-09-1998 1444
LEW   UNASSG     UNASSIGNED WORK DETAIL        08-21-1998 1454 08-26-1998 0602
MCK   ORD 2 A    ORDERLY 2 A                   04-14-1998 0001 08-21-1998 1030
MCK   UNASSG     UNASSIGNED                    04-08-1998 0001 04-14-1998 0001
MCK   A&O        ADMISSION & ORIENTATION       04-01-1998 1000 04-08-1998 0001


G0002       MORE PAGES TO FOLLOW . . .




   BOPUK  531.01 *             INMATE HISTORY             *    10-28-2005
PAGE 002 OF 002 *               WRK DETAIL                *    11:01:15

   REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
   CATEGORY: WRK         FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP   DATE/TIME

LEW   UNASSG     UNASSIGNED WORK DETAIL        03-26-1998 1339 04-01-1998 0515
OTV   UN JAIL    HOLDOVER/JAIL INMATE UNASSG   03-22-1998 1022 03-26-1998 0845
OTV   HLD-A&O    WAITING FOR A/O               03-19-1998 0001 03-22-1998 1022
OTV   UNASSG     UNASSIGNED                    03-18-1998 1624 03-19-1998 0001
BRO   ORD CCS AM CORR SVC AM ORDERLY          02-26-1998 1310 03-06-1998 1033
BRO   ORD CCS AM CORR SVC AM ORDERLY          02-24-1998 1201 02-26-1998 1309
BRO   UNASSG     UNASSIGNED WORK ASSIGNMENT    02-10-1998 1858 02-24-1998 1201
BRO   A&O        ADMISSION & ORIENTATION       01-22-1998 1308 02-10-1998 1858
```

```
NYM    UNASSG     UNASSIGNED WORK DETAIL      01-21-1998 1134 01-22-1998 1134

NYM    UNIT 11S   UNIT 11S ORDERLY            12-11-1996 1130 01-21-1998 1134

NYM    UNASSG     UNASSIGNED WORK DETAIL      11-22-1996 0721 12-11-1996 1130

NYM    A & O      ADMISSION & ORIENTATION     11-08-1996 1752 11-22-1996 0721




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```