# EXHIBIT 4

```
   BOPUK              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-28-2005
  PAGE 001 OF                                                              11:00:27
         FUNCTION: L-P SCOPE: REG     EQ 47580-053    OUTPUT FORMAT: FULL_____

-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____   DT STS: FROM _____ THRU _____

DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____

SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____

EXTENDED: _ REMEDY LEVEL: _ _             RECEIPT: _ _ _   "OR" EXTENSION: _ _ _

RCV  OFC : EQ ____       ____       ____       ____       ____       ____
TRACK:  DEPT:    _____    _____    _____    _____    _____    _____

       PERSON: ___    ___    ___    ___    ___    ___
         TYPE: ___    ___    ___    ___    ___    ___
EVNT FACL: EQ ____    ____   ____   ____   ____   ____
RCV FACL.: EQ ____    ____   ____   ____   ____   ____
RCV UN/LC: EQ _____  _____  _____  _____  _____  _____

RCV QTR..: EQ _____  _____  _____  _____  _____  _____

ORIG FACL: EQ ____    ____   ____   ____   ____   ____
ORG UN/LC: EQ _____  _____  _____  _____  _____  _____

ORIG QTR.: EQ _____  _____  _____  _____  _____  _____
```

G0002        MORE PAGES TO FOLLOW . . .


```
   BOPUK              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-28-2005
   PAGE 002 OF         *              FULL SCREEN FORMAT            *      11:00:27


REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
RSP OF...: MCK UNT/LOC/DST: B                   QTR.: B01-126L   RCV OFC: MCK
REMEDY ID: 297804-F1       SUB1: 12AM SUB2:     DATE RCV:    04-23-2003
UNT RCV..: B               QTR RCV.: B01-126L   FACL RCV: MCK
UNT ORG..: B               QTR ORG.: B01-126L   FACL ORG: MCK
EVT FACL.: MCK    ACC LEV:  MCK   1                RESP DUE:   TUE  05-13-2003
ABSTRACT.: RETURN TO UNICOR NIGHT-SHIFT JOB
STATUS DT: 05-02-2003   STATUS CODE: CLO STATUS REASON: WDN
INCRPTNO.:           RCT: N EXT:    DATE ENTD: 05-01-2003
REMARKS..:




REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
RSP OF...: MCK UNT/LOC/DST: B                   QTR.: B01-126L   RCV OFC: MCK
REMEDY ID: 304411-F1       SUB1: 12AM SUB2:     DATE RCV:    07-08-2003
UNT RCV..: B               QTR RCV.: B01-126L   FACL RCV: MCK
UNT ORG..: B               QTR ORG.: B01-126L   FACL ORG: MCK
EVT FACL.: MCK    ACC LEV:  MCK   1 NER  1 BOP  1  RESP DUE:   MON  07-28-2003
ABSTRACT.: REINSTATE JOB & WORKING CONDITIONS (HEALTH RELATED)
STATUS DT: 07-21-2003   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:    DATE ENTD: 07-11-2003
REMARKS..:
```


```
G0002         MORE PAGES TO FOLLOW . . .




     BOPUK           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-28-2005
     PAGE 003 OF        *           FULL SCREEN FORMAT               *   11:00:27


REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
RSP OF...: MCK UNT/LOC/DST: B                    QTR.: B01-126L    RCV OFC: NER
REMEDY ID: 304411-R1       SUB1: 12AM SUB2:      DATE RCV:    07-30-2003
UNT RCV..: B            QTR RCV.: B01-126L       FACL RCV: MCK
UNT ORG..: B            QTR ORG.: B01-126L       FACL ORG: MCK
EVT FACL.: MCK    ACC LEV:  MCK  1 NER  1 BOP  1   RESP DUE:  FRI  08-29-2003
ABSTRACT.: REINSTATE JOB & WORKING CONDITIONS
STATUS DT: 08-29-2003   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT:    DATE ENTD: 07-31-2003
REMARKS..:




REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
RSP OF...: MCK UNT/LOC/DST: B                    QTR.: B01-126L    RCV OFC: BOP
REMEDY ID: 304411-A1       SUB1: 12AM SUB2:      DATE RCV:    09-22-2003
UNT RCV..: B            QTR RCV.: B01-126L       FACL RCV: MCK
UNT ORG..: B            QTR ORG.: B01-126L       FACL ORG: MCK
EVT FACL.: MCK    ACC LEV:  MCK  1 NER  1 BOP  1   RESP DUE:  FRI  11-21-2003
ABSTRACT.: REINSTATE JOB & WORKING CONDITIONS
STATUS DT: 11-17-2003   STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:           RCT: P EXT: P DATE ENTD: 09-25-2003
REMARKS..:


                  CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE          DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
THU 11-20-2003    ADMIN REM     KKS   09-25-2003   INV         11-17-2003
FRI 11-21-2003    ADMIN REM     HW    11-17-2003   SIG         11-17-2003
```

```
G0002        MORE PAGES TO FOLLOW . . .




    BOPUK            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-28-2005
    PAGE 004 OF      *             FULL SCREEN FORMAT                *    11:00:27


REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
RSP OF...: MCK UNT/LOC/DST: B                    QTR.: B01-126L   RCV OFC: MCK
REMEDY ID: 348561-F1      SUB1: 26BM SUB2:       DATE RCV:   08-11-2004
UNT RCV..: B              QTR RCV.: B01-126L     FACL RCV: MCK
UNT ORG..: B              QTR ORG.: B01-126L     FACL ORG: MCK
EVT FACL.: MCK    ACC LEV: MCK  1 NER  1 BOP  2  RESP DUE:  MON  09-20-2004
ABSTRACT.: INADEQUATE MEDICAL CARE-DENIED FOOT SURGERY
STATUS DT: 09-01-2004  STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:        RCT: P EXT: P DATE ENTD: 08-20-2004
REMARKS..:



REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
RSP OF...: MCK UNT/LOC/DST: B                    QTR.: B01-126L   RCV OFC: NER
REMEDY ID: 348561-R1      SUB1: 26BM SUB2:       DATE RCV:   09-20-2004
UNT RCV..: B              QTR RCV.: B01-126L     FACL RCV: MCK
UNT ORG..: B              QTR ORG.: B01-126L     FACL ORG: MCK
EVT FACL.: MCK    ACC LEV: MCK  1 NER  1 BOP  2  RESP DUE:  WED  10-20-2004
ABSTRACT.: INADEQUATE MEDICAL CARE-DENIED FOOT SURGERY
STATUS DT: 10-19-2004  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:        RCT: P EXT:   DATE ENTD: 09-22-2004
REMARKS..:
```

```
G0002          MORE PAGES TO FOLLOW . . .




   BOPUK          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-28-2005
 PAGE 005 OF 005 *              FULL SCREEN FORMAT              *     11:00:27


 REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
 RSP OF...: MCK UNT/LOC/DST: B                    QTR.: B01-126L   RCV OFC: BOP
 REMEDY ID: 348561-A1      SUB1: 26BM SUB2:       DATE RCV:   11-02-2004
 UNT RCV..: B            QTR RCV.: B01-126L       FACL RCV: MCK
 UNT ORG..: B            QTR ORG.: B01-126L       FACL ORG: MCK
 EVT FACL.: MCK    ACC LEV:  MCK  1 NER  1 BOP  2    RESP DUE:
 ABSTRACT.: INADEQUATE MEDICAL CARE-DENIED FOOT SURGERY
 STATUS DT: 12-06-2004  STATUS CODE: REJ STATUS REASON: UTA
 INCRPTNO.:          RCT:    EXT:    DATE ENTD: 12-06-2004
 REMARKS..: YOU MUST PROVIDE STAFF VERIFICATION THAT YOU ARE NOT
            RESPONSIBLE FOR THE UNTIMELY FILING OF THIS APPEAL.



 REGNO: 47580-053 NAME: DAVILA-BAJANA, JUAN
 RSP OF...: MCK UNT/LOC/DST: B                    QTR.: B01-126L   RCV OFC: BOP
 REMEDY ID: 348561-A2      SUB1: 26BM SUB2:       DATE RCV:   12-23-2004
 UNT RCV..: B            QTR RCV.: B01-126L       FACL RCV: MCK
 UNT ORG..: B            QTR ORG.: B01-126L       FACL ORG: MCK
 EVT FACL.: MCK    ACC LEV:  MCK  1 NER  1 BOP  2    RESP DUE: TUE 02-01-2005
 ABSTRACT.: INADEQUATE MEDICAL CARE-DENIED FOOT SURGERY
 STATUS DT: 01-26-2005  STATUS CODE: CLD STATUS REASON: DNY
 INCRPTNO.:          RCT: P EXT:    DATE ENTD: 01-04-2005
 REMARKS..:


                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE              DEPARTMENT    TO    DATE ASSN    TRK TYPE    DATE RETURNED
 SUN 01-30-2005        MED SVC             01-04-2005   INV         01-26-2005
 MON 01-31-2005        ADMIN REM     CRL   01-26-2005   INV         01-26-2005
 TUE 02-01-2005        ADMIN REM     HW    01-26-2005   SIG         01-26-2005
```

```
                     8 REMEDY SUBMISSION(S) SELECTED
G0000          TRANSACTION SUCCESSFULLY COMPLETED
```