# EXHIBIT 6

U.S. Department of Justice  
Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __DAVILA-BAJANA JUAN__   __47580-083__   __BA/MCK__   __MCKEAN__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

    On 4/8/03, I filed administrative remedy complaint about my ailments due to UNICOR excessive secondhand smoke (ETS) and silica dust. In retaliation for complaining about UNICOR ETS etc., I was fired from UNICOR.

    On 4/29/03, I had a meeting with the Safety Manager, Unicor Factory Manager, Mr. Sapko, Mr. Holohon and Mr. Klark. They coerced me to withdraw my administrative remedy against UNICOR for the ETS etc, in return, I was promised to be reinstated to my UNICOR job in the Dayshift instead of nightshift, because the so-called ETS is better managed in the dayshift. The aforementioned individuals told me that they have talked to Ms. Forsyth and she will reinstate me to my UNICOR job. Between May 1-May 27, 2003, I repeatedly talked to Ms. Forsyth in the Mainline and in UNICOR, and she repeatedly told me that she will reinstate me in UNION before she departs to her new job. She deliberately left without keeping to her promise.

**RELIEF:**
    I want to be reinstated to my UNICOR job.

__7/28/03__                                                       [signature]
DATE                                                                    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

 

---

DATE                                                             REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE                     CASE NUMBER: __304411-R1__

---

**Part C—RECEIPT**

                                                                          CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____

BP-230(13)

DAVILA-BAJANA, Juan
Reg. No. 47580-053
Appeal No. 304411-R1
Page One

---

### Part B - Response

In your appeal, you state you were fired from the UNICOR factory because you filed an administrative remedy regarding secondhand smoke in the factory. You are asking to be reinstated to your job in UNICOR.

A review of your appeal revealed that, although you filed an administrative remedy concerning the alleged secondhand smoke in the UNICOR factory, you withdrew your administrative remedy without any conditions or stipulations. You were informed, if you were interested in being reinstated to UNICOR, you would have to speak with the Superintendent of Industries regarding this matter. The Superintendent of Industries informed you that you were removed from the UNICOR factory because of activities deemed to interfere with the safe and orderly running of the factory. She informed you that your status would be reevaluated for future hiring. You were not given a guarantee that you would be reinstated immediately.

The Occupational Safety and Health Administration (OSHA) recently inspected the UNICOR factory for air quality and other work-related potential hazards. The findings indicate no evidence of any concerns related to the general air quality within the factory. OSHA's final report has been posted in UNICOR for review by staff and inmates, in accordance with OSHA guidelines. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N. W., Washington, D. C. 20534, within 30 calendar days of the date of this response.

Date: August 29, 2003

M. E. RAY
REGIONAL DIRECTOR