# EXHIBIT
# 9

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

JUAN DAVILA-BAJANA,
             PLAINTIFF

                      CASE NO.: 04-253E

                         **CERTIFICATE**

v.

TIM HOLOHAN, ET AL.,
             DEFENDANTS

## CERTIFICATE

    I, DOUGLAS S. GOLDRING, Associate General Counsel, Federal Prison Industries, Inc., 400 First Street, N.W., Washington, D.C. 20534 certify that the attached documents (labeled exhibits 1-8) are true and correct copies of documents maintained in the ordinary course of business by the Bureau of Prisons (BOP) or printouts of computerized records maintained in the ordinary course of business by the BOP in its SENTRY computerized database. These documents consist of the following eight uncontested exhibits:

1. Plaintiff's Sentence Monitoring Computation Data

2. Plaintiff's Inmate History Data

3. Plaintiff's Inmate Work History Data

4. Plaintiff's Administrative Remedy Generalized Retrieval

5. Administrative Remedy (and Response) Number 304411-F1

6. Administrative Remedy (and Response) Number 304411-R1

7. Administrative Remedy (and Response) Number 30411-A1

8. Administrative Tort Claim (and Response)

    Number TRT-NER-2003-03520.


    All of these documents were reviewed by my on the date
stated below.

    IN WITNESS WHEREOF, I have signed under penalty of perjury
in accordance with the provisions of 28 U.S.C. § 1746 on this
_____ day of November, 2005.


                             Douglas S. Goldring
                      Associate General Counsel
                         Federal Prison Industries, Inc.