IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | Civil Action No. 04-253E |
| | ) | |
| Plaintiff, | ) | Hon. Sean J. McLaughlin |
| | ) | United States District Judge |
| vs. | ) | |
| | ) | |
| TOM HOLOHAN, et al., | ) | Hon. Susan Paradise Baxter |
| | ) | Chief, U.S. Magistrate Judge |
| Defendants. | ) | |

### MOTION FOR EXTENSION OF TIME

NOW COMES, the Plaintiff, Juan Davila-Bajana, and appearing pro se, hereby moves this Court to grant an extension of time in which to reply to the Defendant's responsive pleading herein. Defendant respectfully moves this Court to grant an extension of up to an including January 20, 2006.

This Court previously granted an extension up to, and including, December 29, 2005. For the reasons set forth in his previous motion, the Plaintiff needs the additional time in order to research and prepare adequate pleadings for filing in this Court.

This motion is not intended to deliberately prolong the proceedings, and is filed in good faith. No party would be prejudiced by the Court's granting of this motion.

WHEREFORE, facts and premises considered, the Plaintiff prays that this Court grant this motion as moved.

Dated: December 27th, 2005

Respectfully submitted:

Juan Davila-Bajana
Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA. 16701-0980

## CERTIFICATE OF FILING AND SERVICE

I do hereby certify that on this the **27th** day of December, 2005, I placed in the legal mail box, a true and correct copy of the foregoing MOTION FOR EXTENSION OF TIME, the original and one copy for filing in this Court. I do further certify that I placed same in a plain wrapper, with sufficient first-class postage affixed thereto, and properly addressed to:

Office of the Clerk
U.S. District Court
Western District of PA.
P.O. Box 1820
Erie PA 16507

I do further certify that on this same date, I placed in an official depository a true and correct copy of the attached MOTION FOR EXTENSION OF TIME, for delivery via first-class, postage prepaid, U.S. Mail, to:

Paul D. Kovac, Esq.
Assistant U.S. Attorney
U.S. Post Office & Courthouse
700 Grant Street, Suite 400
Pittsburgh PA 15219

_____
Juan Davila-Bajana