IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUAN DAVILA-BAJANA,             )
                                )
            Plaintiff,          )
                                )
vs.                             )   Case No. C.A. 04-0235 Erie
                                )
TIM HOLOHAN, et al.,            )
                                )
            Defendants.         )

**RECEIVED**

**JAN 2 3 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR EXTENSION OF TIME IN WHICH
TO REPLY TO THE RESPONDENT'S RESPONSE

NOW COMES, the Petitioner, Juan Davila-Bajana, and appearing pro se, hereby moves this Court for an extension of time in which to reply to the Response of the Respondent filed herein, and as grounds for granting same, the Petitioner respectfully submits:

On January 17, 2006, the Responsive pleading of the Respondent and research materials were confiscated from the inmate assisting Petitioner with this litigation by Senior Officer J. Chappelle. This in effect violates Bureau policy (see Program Statement 1315, page 11, para. f), as well as Plaintiff's constitutional rights to seek assistance from another inmate. see Johnson v. Avery, 393 U.S. 483. The Third Circuit has declared that prison officials may not interfere with other inmates assisting in the preparation of legitimate legal materials. see Wade v. Kane, 448 F.Supp. 678, 684 (E.D.Pa. 1978) aff'd, 591 F.2d 1338 (3d Cir. 1979); see also Rhodes v. Robinson, 612 F.2d 766, 769 (3d Cir. 1979).

Petitioner is presently attempting an informal resolution to this matter and to retrieve his legal documents. However, Petitioner may have to assert his administrative remedies.

1

WHEREFORE, facts and premises considered, the Plaintiff prays that this Court will grant this motion as moved herein.

Dated: January 18, 2006                    Respectfully submitted:

                                           _____
                                           Juan Davila-Bajana
                                           Reg. No. 47580-053
                                           FCI McKean
                                           P.O. Box 8000
                                           Bradford, PA. 16701-0980

                                           PETITIONER pro se

## CERTIFICATE OF SERVICE

I do hereby certify that on this the **18th** day of January, 2006, I placed in the U.S. Mail, first-class postage prepaid, a true and correct copy of the above and foregoing pleading for service to:

Office of the U.S. Attorney
700 Grant Street, Ste. 4000
Pittsburgh PA 15219

_____
Juan Davila-Bajana