

**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

March 7, 2006

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # <u>CA-04-0253 Erie</u>

Dear Judge Baxter,

On <u>12/28/05</u> a letter requesting directions for service was mailed to <u>Juan Davila-Bajana, #47580-053, FCI McKean, P.O. Box 8000, Bradford, Pa. 16701.</u>

Attached is a/are copy/copies of the letter. As of this date directions for service has/have not been received for defendant(s) <u>Forsyth, Klark, the United States Attorney and the United States Attorney General</u>. Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.

Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania