

**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

March 7, 2006

*Resubmitted 4-12-06*

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # <u>**CA-04-0253 Erie**</u>

Dear Judge Baxter,

On <u>**12/28/05**</u> a letter requesting directions for service was mailed to <u>**Juan Davila-Bajana, #47580-053,**</u> <u>**FCI McKean, P.O. Box 8000, Bradford, Pa. 16701.**</u>

Attached is a/are copy/copies of the letter. As of this date directions for service has/have not been received for defendant(s) <u>**Forsyth, Klark, the United States Attorney and the United States Attorney**</u> <u>**General**</u>. Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.

Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania



**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

December 28, 2005

Juan Davila-Bajana, #47580-053
FCI McKean
P.O. Box 8000
Bradford, Pa. 16701

RE: <u>**CA-04-0253 Erie**</u>

Dear Mr./Ms. Davila-Bajana,

No response was received for the waiver(s) on defendant(s) <u>Forsyth, Klark, U.S. Attorney and U.S. Attorney General.</u> The original USM-285(s) was/were returned to the Court unexecuted. Personal service has been ordered. Please complete the enclosed U.S.M. 285(s) for personal service and return it/them as soon as possible. Please ensure that it/they is/are completed with **proper and correct names and addresses.** Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*Sheila Blessing*

By: Sheila Blessing
    Administrative Support Assistant
    United States Marshals Service
    Western District of Pennsylvania

ENCLOSURES