IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | Case No. C.A. 04-253 Erie |
| | ) | |
| Plaintiff, | ) | District Judge McLaughlin |
| | ) | |
| vs. | ) | Magistrate Judge Baxter |
| | ) | |
| TIM HOLOHAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

NOW COMES, the Plaintiff, Juan Davila-Bajana, and appearing pro se, hereby moves this Court to grant a thirty day extension, or, up to, and including June 16, 2006, in which to file his objections to the Magistrate Judge's Report and Recommendation filed herein. As grounds therefore, the Plaintiff respectfully presents:

Plaintiff is an incarcerated pro se litigant. He is not a lawyer, nor is he trained in the niceties of law. Due to his incarceration he must work within the confines of the prison regimine and open hours of the institution law library in order to prepare and research materials for preparation of his pleadings for this Court.

Due to these limitations, the Plaintiff requires the additional time in which to prepare his pleadings for filing in this Court.

The granting of this motion would not prejudice any party herein. This motion is being made in good faith.

1

WHEREFORE, facts and premises considered, the Plaintiff prays that this Court grant this motion as moved herein.

Dated: May 16, 2006

Respectfully submitted:

_____
Juan Davila-Bajana
Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA. 16701-0980

DEFENDANT pro se

CERTIFICATE OF SERVICE

I do hereby certify that on this the <u>16th</u> day of May, 2006, I placed in the U.S. Mail, first-class postage prepaid, a true and correct copy of this pleading for service to: United States Attorney, Paul D. Kovac, Assistant U.S. Attorney, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh PA 15219.

_____
Juan Davila-Bajana

2