Juan Davila-Bajana
Reg. No. 47580-053
Federal Correctional Institution-McKean
Post Office Box 8000
Bradford, PA. 16701-0980

FEDERAL CORRECTIONAL IN
P.O. BOX 5000
BRADFORD, PA 16701    DATE
The enclosed letter was processed
for forwarding to you. The letter ha
inspected. If the writer raises a qu
this facility has jurisdiction, you ma
for further information or clarificatio
correspondence for forwarding to
the enclosure to the above addres

**RECEIVED**

MAY 19 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Office of the Clerk of Courts
United States District Court
for the Western District Court
P.O. Box 1820
Erie PA 16507

18 MAY 2006 PM   ERIE PA 16

