ATTACHMENT

05/13/2006  12:14   8143636822                FCI MCKEAN                              PAGE  02

**U.S. DEPARTMENT OF JUSTICE**          WARDEN'S OFFICE        **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons                FCI, MCKEAN, PA.

ON APR 23 PM 3:45

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: JUAN-DAVILA BAJANA        # 47580-053       BA         MCKEAN
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.    UNIT    INSTITUTION

**Part A— INMATE REQUEST**

SEE ATTACHED

4/22/03
DATE                                              SIGNATURE OF REQUESTER

**Part B— RESPONSE**

Withdrawn    4/28/03

_____                             _____
      DATE                                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: 297804

                                                  CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    ⊕           _____
      DATE                                         RECIPIENT'S SIGNATURE (STAFF MEMBER)
USP LVN                                                                  BP-229(13)

MCK 1330.
Attachment

## ADMINISTRATIVE REMEDY INFORMAL RESOLUTION WORKSHEET

**PART 1:** NOTICE TO INMATE: Be advised that before filing a Request for Administrative Remedy Form BP-9, you **MUST** attempt to informally resolve your complaint through your Correctional Counselor. Briefly state complaint below, and list what efforts you have made to resolve your complaint informally, stating names of staff contacted.

This Informal Resolution was issued by the Correctional Counselor on _____ and returned to the Counselor on _____ (date).                              (date)

Inmate's Name __JUAN-DAVILA BAJANA__ Number: __47580-053__ Unit _____

1. Complaint: _____

   PLEASE SEE ATTACHED

2. Specific relief desired: _____

   SEE ATTACHED

3. Efforts made to informally resolve and staff contacted: _____

   SOI UNICOR

   _____           47580-053
   Inmate's Signature       DATED 4/8/03   Inmate's Register Number

**PART 2:** CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and names of staff contacted: _____

   BASED ON INSTITUTION SUPPLEMENT 8125.1, THE SOI HAS THE RIGHT TO REMOVE ANY INMATE FROM UNICOR WHO IS TO BELIEVED TO BE VIOLATING RULES, SAFETY VIOLATIONS, OR UNSATISFACTORY WORK PERFORMANCE. ***********************************************

   Date informally resolved or BP-9 issued (circle one): _____
   Counselor's Signature: T. HOLT, COUNSELOR UNIT BA 4-18-2003

If complaint is NOT informally resolved, forward original attached to BP-229 form to Warden (Attn: Warden's Secretary).

ADMINISTRATIVE REMEDY AGAINST UNICOR GENERAL FOREMAN, MR. ENGLISH

    I have repeatedly complained to UNICOR evening shift staff of secondhand smoke (ETS), in the factory. I have repeatedly requested that smoking be limited only to the break area and at break time because evidence of smoking is noticeable all over the factory particularly on my work area. UNICOR ETS level, has repeatedly caused and continuing to cause me shortness of breath, sinusitis, lightheadedness, watery-eyes and occasional vomiting.

    In retaliation for complaining about UNICOR staff deliberate indifference to my serious health concern, I was told on 3/12/03, by Mr. English, that I will no longer work for him, I should grab my coat with other two inmates that were also complaining about the ETS level in UNICOR, and return to our housing units. I asked Mr. English what was the reason(s) for firing me from night shift UNICOR? Mr. English told me that I am lucky I still have a job. Mr. English told me and the two other inmates, that we are not being fired, but we are being transfer to day shift.

    Ironically, instead of being transfer to day-shift as Mr. English told me, my name was on the "Change Sheet" on 3/28/03, as "unassign" effective 3/31/03.

**RELIEF REQUESTED:**

    I want to be reinstated to my UNICOR night-shift job because terminating me in retaliation for complaining about the ETS is unconstitutional.