

Juan Davila-Bajana
Reg. No. 67580-053
Federal Correctional Institution McKean
Post Office Box 8000
Bradford, PA. 16701-0980

FEDERAL CORRECTIONAL INSTITUTION, MCKEAN
P.O. BOX 5000
BRADFORD, PA 16701    DATE _06_/__/_-06
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Office of the Clerk
United States District Court
Western District of Pennsylvania
P.O. Box 1820
Erie PA 16507