

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

*July 6, 2006*

*Susan Paradise Baxter*
*U.S. District Judge*
*U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, Pa. 15219*

CASE # **CA-04-0253 Erie**

*Dear Judge Baxter,*

*On **03/0706** a letter was sent to your office informing you that a request for directions for service had been sent to **Juan Davila-Bajana, #47580-053 at FCI McKean, P.O. Box 8000, Bradford, Pa. 16701** for defendant(s) **Forsyth, Klark, U.S. Attorney and U.S. Attorney General** and that directions had not been received.*

*The letter was then resubmitted on **04/12/06**.*

*It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.*

*Sincerely,*

*Thomas Fitzgerald*
*United States Marshal*
*Western District of Pennsylvania*

*By: Sheila Blessing*
    *Administrative Assistant*
    *United States Marshals Service*
    *Western District Of Pennsylvania*

**RECEIVED**

JUL 1 0 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA