Federal Correctional Institution McKean
Name: Juan Davila-Bajans
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

FEDERAL CORRECTIONAL
P.O. BOX 5000
BRADFORD, PA 16701    DA
The enclosed letter was processed
for forwarding to you. The letter
inspected. If the writer raises a q
this facility has jurisdiction, you m
for further information or clarificat
correspondence for forwarding to
the enclosure to the above addres

ERIE PA 165
02 AUG 2006 PM 1 T



Clerk of the Court
U.S. District Court for
Western District of Pennsylvania
17 South Park Row
Suite A-280
Erie, PA 16501

RECEIVED
AUG 0 3 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA