Juan Davila-Bajana
Fed. Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA 16701

**LEGAL / SPECIAL MAIL**

FEDERAL CORRECTIONAL IN
P.O. BOX 5000
BRADFORD, PA 16701    DAT
The enclosed letter was processed
for forwarding to you. The letter h
inspected. If the writer raises a q
this facility has jurisdiction, you m
for further information or clarificat
correspondence for forwarding to
the enclosure to the above addre

Clerk of the Court
U.S. District Court for
the Western District of Penn.
17 South Park Row
Room A280
Erie, PA 16501

**RECEIVED**

AUG 1 8 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

17 AUG PM 2006

17 AUG PM 2006