Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg. #: 47580-053
P.O. Box 8000
Bradford, PA 16701

The enclosed letter was processed
DATE 09-8
FEDERAL CORRECTIONAL
P.O. BOX 5000, BRADFO
for forwarding to you. The letter h
inspected. If the writer raises a qu
this facility has jurisdiction, you ma
for further information or clarificatio
correspondence for forwarding to ar
the enclosure to the above address.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
EIRE, PA 16507

ERIE PA 165
08 SEP 2006 PM 2 T

16507+0820

EDINBORO
SESQUICE
1857

**RECEIVED**

**SEP 1 1 2006**

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA