```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-253E |
| | ) | |
| v. | ) | Hon. Sean J. McLaughlin |
| | ) | U.S. District Judge |
| TIM HOLOHAN, et al., | ) | |
| | ) | Hon. Susan Paradise Baxter |
| Defendants. | ) | Chief U.S. Magistrate Judge |
| | ) | |
| | ) | ELECTRONICALLY FILED |
| | ) | |

**ORDER**

AND NOW, to wit, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Stay Pending Plaintiff's Interlocutory Appeal, and all other pertinent papers,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that this case is STAYED until further notice of the Court.

_____
CHIEF U.S. MAGISTRATE JUDGE

cc: All parties