CLERK OF THE COURT
U.S. DISTRICT COURT FOR WESTERN
THE DISTRICT OF PENNSYLVANIA
17 SOUTH PARK ROW
ERIE, PA 16501

RECEIVED
OCT - 4 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701