IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DAVILA-BAJANA, )<br>      Plaintiff, )<br> )<br>  vs. )<br> )<br>TIM HOLOHAN, et al., )<br>      Defendants. )<br> ) | Civil Action No. 04-253 ERIE |

### **ORDER**

AND NOW this 6th day of October, 2006, upon consideration of the Plaintiff's Motion for Certification (Doc. No. 60) pursuant to Federal Rules of Civil Procedure 54(b)

IT IS HEREBY ORDERED that the said motion be and hereby is DENIED

                                              S/Sean J. McLaughlin
                                              Sean J. McLaughlin
                                              United States District Judge

cc: counsel/parties of record   NK