IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | Civil Action No. 04-253E |
| | ) | |
| Plaintiff, | ) | Hon. Sean J. McLaughlin |
| | ) | United States District Judge |
| v. | ) | |
| | ) | Hon. Susan Paradise Baxter |
| TIM HOLOHAN, et al., | ) | Chief United States Magistrate Judge |
| | ) | |
| Defendants. | ) | ELECTRONICALLY FILED |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

AND NOW come Federal Defendants, by their attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul D. Kovac, Assistant United States Attorney for said district, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move the Court for an Order dismissing the remainder of Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Alternatively, Defendants request summary judgment in their favor.

A Memorandum of Law in support of this Motion and various declarations from Federal Defendants are being filed simultaneously herewith, and their contents are incorporated by reference herein.

WHEREFORE, Defendants, respectfully request that the Court enter an Order granting Defendants' Motion to Dismiss the Complaint or, in the alternative, granting summary judgment in favor of Defendants and granting such other and further relief as the Court may deem just and proper.

        Respectfully submitted,

        MARY BETH BUCHANAN
        UNITED STATES ATTORNEY

        s/Paul D. Kovac
        PAUL D. KOVAC
        Assistant United States Attorney
        Western District of Pennsylvania
        U.S. Post Office and Courthouse
        700 Grant Street, Suite 4000
        Pittsburgh, PA 15219
        412-894-7489

OF COUNSEL:    DOUGLAS S. GOLDRING
        Assistant General Counsel
        Federal Prison Industries (UNICOR)
        400 First Street, NW, 8th Floor
        Washington, DC 20534

Dated: December 7, 2006    Counsel for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2006, a true and correct copy of Defendant's Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for Summary Judgment was electronically filed and/or served by postage-paid U.S. Mail, to and upon the following:

>Mr. Juan Davila-Bajana
>Plaintiff Pro Se
>Reg. No. 47580-053
>FCI-McKean
>P.O. Box 8000
>Bradford, PA 16701

>s/Paul D. Kovac
>PAUL D. KOVAC
>Assistant U.S. Attorney