Attachment C

```
   BOPUK   531.01 *              INMATE HISTORY                *    11-20-2006
   PAGE 001         *                ADM-REL                   *    14:14:01

   REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
   CATEGORY: ARS         FUNCTION: PRT        FORMAT:

   FCL    ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME

   MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  04-15-2005 1217 CURRENT
   MCK    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  04-15-2005 0915 04-15-2005 1217

   MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  09-03-2004 1218 04-15-2005 0915

   MCK    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  09-03-2004 0955 09-03-2004 1218

   MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  02-08-2000 0945 09-03-2004 0955

   S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-08-2000 0945 02-08-2000 0945

   S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-08-2000 0620 02-08-2000 0945

   LEW    HLD REMOVE HOLDOVER REMOVED               02-08-2000 0620 02-08-2000 0620

   LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   02-03-2000 1300 02-08-2000 0620

   B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  02-03-2000 1300 02-03-2000 1300

   B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-03-2000 0456 02-03-2000 1300

   BRO    HLD REMOVE HOLDOVER REMOVED               02-03-2000 0456 02-03-2000 0456

   BRO    A-HLD      HOLDOVER, TEMPORARILY HOUSED   01-12-2000 1357 02-03-2000 0456

   B01    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-12-2000 1357 01-12-2000 1357

   B01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-12-2000 0510 01-12-2000 1357

   LEW    HLD REMOVE HOLDOVER REMOVED               01-12-2000 0510 01-12-2000 0510

   LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   01-07-2000 1254 01-12-2000 0510

   S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  01-07-2000 1254 01-07-2000 1254

   S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 01-07-2000 0930 01-07-2000 1254

   MCK    FED WRIT   RELEASE ON FEDERAL WRIT        01-07-2000 0930 02-08-2000 0945

   MCK    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-26-1999 0958 01-07-2000 0930

   S13    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-26-1999 0958 10-26-1999 0958

   S13    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-26-1999 0515 10-26-1999 0958

   LEW    HLD REMOVE HOLDOVER REMOVED               10-26-1999 0515 10-26-1999 0515

   LEW    A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-05-1999 1611 10-26-1999 0515

   I-T    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-05-1999 1611 10-05-1999 1611

   I-T    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-18-1999 0530 10-05-1999 1611

   A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  08-18-1999 0530 08-18-1999 0530

   A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-16-1999 0608 08-18-1999 0530
```

```
LEW    HLD REMOVE  HOLDOVER REMOVED              08-16-1999 0608 08-16-1999 0608
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-11-1999 1420 08-16-1999 0608
S13    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-11-1999 1420 08-11-1999 1420
S13    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-11-1999 1025 08-11-1999 1420
MCK    FED WRIT    RELEASE ON FEDERAL WRIT       08-11-1999 1025 10-26-1999 0958
MCK    A-DES       DESIGNATED, AT ASSIGNED FACIL 11-05-1998 0945 08-11-1999 1025
S12    RELEASE     RELEASED FROM IN-TRANSIT FACL 11-05-1998 0945 11-05-1998 0945
S12    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-05-1998 0521 11-05-1998 0945
LEW    HLD REMOVE  HOLDOVER REMOVED              11-05-1998 0521 11-05-1998 0521
LEW    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-22-1998 1502 11-05-1998 0521
B01    RELEASE     RELEASED FROM IN-TRANSIT FACL 10-22-1998 1502 10-22-1998 1502
B01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 10-22-1998 0931 10-22-1998 1502


G0002       MORE PAGES TO FOLLOW . . .




  BOPUK   531.01 *        INMATE HISTORY           *     11-20-2006
PAGE 002 OF 002 *            ADM-REL               *     14:14:01

REG NO..: 47580-053  NAME....: DAVILA-BAJANA, JUAN
CATEGORY: ARS        FUNCTION: PRT         FORMAT:

FCL   ASSIGNMENT DESCRIPTION              START DATE/TIME STOP  DATE/TIME

OTV   HLD REMOVE  HOLDOVER REMOVED              10-22-1998 0931 10-22-1998 0931
OTV   A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-07-1998 1700 10-22-1998 0931
6-B   RELEASE     RELEASED FROM IN-TRANSIT FACL 10-07-1998 1700 10-07-1998 1700
6-B   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-17-1998 1121 10-07-1998 1700
BRO   HLD REMOVE  HOLDOVER REMOVED              09-17-1998 1121 09-17-1998 1121
BRO   A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-26-1998 1229 09-17-1998 1121
B01   RELEASE     RELEASED FROM IN-TRANSIT FACL 08-26-1998 1229 08-26-1998 1229
B01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-26-1998 0602 08-26-1998 1229
```

| | | | | |
|---|---|---|---|---|
| LEW | HLD REMOVE | HOLDOVER REMOVED | 08-26-1998 0602 | 08-26-1998 0602 |
| LEW | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 08-21-1998 1454 | 08-26-1998 0602 |
| S13 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-21-1998 1454 | 08-21-1998 1454 |
| S13 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-21-1998 1030 | 08-21-1998 1454 |
| MCK | FED WRIT | RELEASE ON FEDERAL WRIT | 08-21-1998 1030 | 11-05-1998 0945 |
| MCK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 04-01-1998 1000 | 08-21-1998 1030 |
| S13 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 04-01-1998 1000 | 04-01-1998 1000 |
| S13 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 04-01-1998 0515 | 04-01-1998 1000 |
| LEW | HLD REMOVE | HOLDOVER REMOVED | 04-01-1998 0515 | 04-01-1998 0515 |
| LEW | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-26-1998 1339 | 04-01-1998 0515 |
| B01 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-26-1998 1339 | 03-26-1998 1339 |
| B01 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-26-1998 0845 | 03-26-1998 1339 |
| OTV | HLD REMOVE | HOLDOVER REMOVED | 03-26-1998 0845 | 03-26-1998 0845 |
| OTV | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-18-1998 1624 | 03-26-1998 0845 |
| 1-R | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-18-1998 1624 | 03-18-1998 1624 |
| 1-R | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-09-1998 1600 | 03-18-1998 1624 |
| CNK | ADMIN REL | ADMINISTRATIVE RELEASE | 03-09-1998 1600 | 03-09-1998 1600 |
| CNK | A-ADMIN | ADMINISTRATIVE ADMISSION | 03-09-1998 0833 | 03-09-1998 1600 |
| 6-B | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-09-1998 0833 | 03-09-1998 0833 |
| 6-B | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-06-1998 1033 | 03-09-1998 0833 |
| BRO | HLD REMOVE | HOLDOVER REMOVED | 03-06-1998 1033 | 03-06-1998 1033 |
| BRO | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 02-26-1998 1310 | 03-06-1998 1033 |
| BRO | ADM CHANGE | RELEASE FOR ADMISSION CHANGE | 02-26-1998 1309 | 02-26-1998 1310 |
| BRO | A-PRE | PRE-SENT ADMIT, ADULT | 01-22-1998 1308 | 02-26-1998 1309 |
| 4-A | RELEASE | RELEASED FROM IN-TRANSIT FACL | 01-22-1998 1308 | 01-22-1998 1308 |
| 4-A | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 01-22-1998 1134 | 01-22-1998 1308 |
| NYM | PRE OTHER | PRE SENT RMV TO OTHER BOP FACL | 01-22-1998 1134 | 01-22-1998 1134 |
| NYM | A-PRE | PRE-SENT ADMIT, ADULT | 11-08-1996 1752 | 01-22-1998 1134 |

```
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```