Attachment D

```
BOPUK  531.01 *                INMATE HISTORY              *   11-20-2006
PAGE 001       *                 WRK DETAIL                *   14:14:03

  REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
  CATEGORY: WRK       FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP  DATE/TIME

MCK    REC        RECREATION ORDERLY            04-20-2006 0001 CURRENT
MCK    UNASSG     UNASSIGNED                    04-18-2006 1419 04-20-2006 0001

MCK    SHU UNASSG SHU UNASSIGNED                04-06-2006 1004 04-18-2006 1419

MCK    REC        RECREATION ORDERLY            04-15-2005 1217 04-06-2006 1004

MCK    REC        RECREATION ORDERLY            09-03-2004 1218 04-15-2005 0915

MCK    REC        RECREATION ORDERLY            10-31-2003 0001 09-03-2004 0955

MCK    ORD B A    ORDERLY BA                    04-01-2003 1116 10-31-2003 0001

MCK    UNASSG     UNASSIGNED                    03-31-2003 0001 04-01-2003 1116

MCK    I ASEMBLY2 ASSEMBLY 2 - 3:50PM - 11:00PM 11-13-2002 0001 03-31-2003 0001

MCK    I PROD.1   PRODUCTION 1                  08-01-2002 0001 11-13-2002 0001

MCK    ORD B A    ORDERLY BA                    03-15-2002 0001 08-01-2002 0001

MCK    UNASSG     UNASSIGNED                    03-13-2002 1207 03-15-2002 0001

MCK    SHU UNASSG SHU UNASSIGNED                03-07-2002 1838 03-13-2002 1207

MCK    I PROD.1   PRODUCTION 1                  01-01-2002 0001 03-07-2002 1838

MCK    VACATION   VACATION                      12-31-2001 0001 01-01-2002 0001

MCK    I PROD.1   PRODUCTION 1                  07-20-2000 0001 12-31-2001 0001

MCK    UNASSG     UNASSIGNED                    06-30-2000 1232 07-20-2000 0001

MCK    SHU UNASSG SHU UNASSIGNED                06-22-2000 1200 06-30-2000 1232

MCK    I PROD.1   PRODUCTION 1                  02-08-2000 0945 06-22-2000 1200

MCK    UNASSG     UNASSIGNED                    02-08-2000 1435 02-08-2000 1436

MCK    A&O        ADMISSION & ORIENTATION       02-08-2000 0945 02-08-2000 1435

LEW    UNASSG     UNASSIGNED WORK DETAIL        02-03-2000 1300 02-08-2000 0620

BRO    A&O        ADMISSION & ORIENTATION       01-12-2000 1357 02-03-2000 0456

LEW    UNASSG     UNASSIGNED WORK DETAIL        01-07-2000 1254 01-12-2000 0510

MCK    I PROD.1   PRODUCTION 1                  11-05-1999 0001 01-07-2000 0930

MCK    UNASSG     UNASSIGNED                    11-04-1999 0001 11-05-1999 0001

MCK    A&O        ADMISSION & ORIENTATION       10-26-1999 0958 11-04-1999 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL        10-05-1999 1611 10-26-1999 0515

LEW    UNASSG     UNASSIGNED WORK DETAIL        08-11-1999 1420 08-16-1999 0608
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | I PROD.1 | PRODUCTION 1 | 04-13-1999 1259 | 08-11-1999 1025 |
| MCK | PROD.1 | PRODUCTION 1 | 03-23-1999 0001 | 04-13-1999 1259 |
| MCK | ORD 2 A | ORDERLY 2 A | 11-12-1998 0904 | 03-23-1999 0001 |
| MCK | UNASSG | UNASSIGNED | 11-10-1998 0001 | 11-12-1998 0904 |
| MCK | A&O | ADMISSION & ORIENTATION | 11-05-1998 0945 | 11-10-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-22-1998 1502 | 11-05-1998 0521 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 10-11-1998 0800 | 10-22-1998 0931 |
| OTV | HLD-A&O | WAITING FOR A/O | 10-08-1998 0001 | 10-11-1998 0800 |
| OTV | UNASSG | UNASSIGNED | 10-07-1998 1700 | 10-08-1998 0001 |
| BRO | UNASSG | UNASSIGNED WORK ASSIGNMENT | 09-09-1998 1444 | 09-17-1998 1121 |
| BRO | A&O | ADMISSION & ORIENTATION | 08-26-1998 1229 | 09-09-1998 1444 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 08-21-1998 1454 | 08-26-1998 0602 |

G0002    MORE PAGES TO FOLLOW . . .

```
 BOPUK  531.01 *              INMATE HISTORY              *    11-20-2006
PAGE 002 OF 002 *               WRK DETAIL                *    14:14:03
```

REG NO..: 47580-053  NAME....: DAVILA-BAJANA, JUAN
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCK | ORD 2 A | ORDERLY 2 A | 04-14-1998 0001 | 08-21-1998 1030 |
| MCK | UNASSG | UNASSIGNED | 04-08-1998 0001 | 04-14-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 04-01-1998 1000 | 04-08-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1339 | 04-01-1998 0515 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 03-22-1998 1022 | 03-26-1998 0845 |
| OTV | HLD-A&O | WAITING FOR A/O | 03-19-1998 0001 | 03-22-1998 1022 |
| OTV | UNASSG | UNASSIGNED | 03-18-1998 1624 | 03-19-1998 0001 |
| BRO | ORD CCS AM | CORR SVC AM ORDERLY | 02-26-1998 1310 | 03-06-1998 1033 |

| | | | | |
|---|---|---|---|---|
| BRO | ORD CCS AM | CORR SVC AM ORDERLY | 02-24-1998 1201 | 02-26-1998 1309 |
| BRO | UNASSG | UNASSIGNED WORK ASSIGNMENT | 02-10-1998 1858 | 02-24-1998 1201 |
| BRO | A&O | ADMISSION & ORIENTATION | 01-22-1998 1308 | 02-10-1998 1858 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 01-21-1998 1134 | 01-22-1998 1134 |
| NYM | UNIT 11S | UNIT 11S ORDERLY | 12-11-1996 1130 | 01-21-1998 1134 |
| NYM | UNASSG | UNASSIGNED WORK DETAIL | 11-22-1996 0721 | 12-11-1996 1130 |
| NYM | A & O | ADMISSION & ORIENTATION | 11-08-1996 1752 | 11-22-1996 0721 |

G0000        TRANSACTION SUCCESSFULLY COMPLETED