Attachment E

```
   BOPUK            *           INMATE DISCIPLINE DATA            *      11-08-2006
PAGE 001 OF 001 *        CHRONOLOGICAL DISCIPLINARY RECORD        *      11:45:50

REGISTER NO: 47580-053 NAME..: DAVILA-BAJANA, JUAN
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 11-08-2006
-------------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 970964 - SANCTIONED   INCIDENT DATE/TIME: 03-07-2002 1215

DHO HEARING DATE/TIME: 04-15-2002 0745
FACL/CHAIRPERSON.....: MCK/LINDEN J
REPORT REMARKS.......: EXPUNGED CODE 108.  ADMITTED HAVING 2 HALF DISCS OF
                       SAND PAPER IN WORK STATION DESK IN UNICOR.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        DIS GCT    / 13 DAYS / CS
        COMP:020 LAW:P
        LOSE JOB   / 90 DAYS / CS
        COMP:     LAW:    LOSS OF JOB IN UNICOR (PRODUCTION 1), FROM
                          04-15-2002 THROUGH 07-13-2002.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```