Attachment F



**Microbac Laboratories, Inc.**
Bradford Division
P.O. Box 489, Bradford, Pennsylvania 16701
Phone: (814) 368-6087    Fax: (814) 368-6091
e-mail: bradforddiv@microbac.com

# INDOOR AIR QUALITY SURVEY

### At

### Unicor F.C. I. McKean
### Rt. 59 and Big Shanty Road
### Lewis Run, PA 16738

**Work Order No.: 9931-444**

**Date of Sampling:  July 31, 2001**

**Performed For:  Unicor Factory**

**Report Reviewed By:** _____
April C. Lang
Laboratory Director

 **Microbac Laboratories, Inc.**
Bradford Division
P.O. Box 489, Bradford, Pennsylvania 16701
Phone: (814) 368-6097    Fax: (814) 368-6091
e-mail: bradforddiv@microbac.com

# SUMMARY

At the request of Roger Reinard of Unicor F.C. I. McKean, an Indoor Air Quality Survey was performed in the Unicor Factory on July 31, 2001. The sampling was performed from 7:00 a.m. until 3:45 p.m. The reason for the sampling was an OSHA complaint regarding dust in the air at the facility.

The sampling parameters requested were total and respirable particulates. The collection media was matched weight filter and the analysis method was NIOSH 0500 for total particulates and NIOSH 0600 for respirable particulates.

Two field technicians, April Lang and Mike Francis, arrived at the facility at 0600 hours and proceeded to the Unicor Factory. After consultation with the staff is was decided to set up the pumps and air sampling equipment at the following sites:

      Router Station
      Large Panel Saw Area
      CNC Machine Area
      Radial Arm Saw Area
      Weeke Point to Point Machine Area
      Edge Bander Area

The pumps were set up and testing began between 0730 and 0745 hours such that eight hours was achieved for the total sampling time at each area. At this time one of the field technicians, April Lang, left the site and Mike Francis remained on site to check the status of the equipment and filters during the testing. The pumps and filters were disassembled between 1530 and 1545 hours and the field technician left the premises.

Results can be found on the attached Certificate of Analysis. The OSHA standard for Total Particulates/Nuisance Dust is 15 mg/cubic meter and 5.0 mg/cubic meter for Respirable Particulates/Respirable Nuisance Dust. As per our report none of the samples exceeded these limits.



**Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD        PA 16701
(814) 368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD        PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject: PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|

**ROUTER STATION - TOTAL PARTICULATES, 0730 - 1530 HRS.**

| AIR TEST INFORMATION | | | | | |
|---|---|---|---|---|---|
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-1 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 1440 | LITERS | 7/31/01 | MPF |
| PARTICULATES, TOTAL | NIOSH 0500 | <0.2 | MG/M3 | 8/09/01 | ERI |

**ROUTER STATION - RESPIRABLE PARTICULATES, 0730 - 1530 HRS.**

| AIR TEST INFORMATION | | | | | |
|---|---|---|---|---|---|
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-2 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| FLOW RATE | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 816 | LITERS | 7/31/01 | MPF |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | ERI |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing   Food Sanitation Consult





**Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD        PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY · MICROBIOLOGY · FOOD SAFETY · CONSUMER PRODUCTS
WATER · AIR · WASTES · FOOD · PHARMACEUTICALS · NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD        PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| WP | TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|---|

**LARGE PANEL SAW AREA - TOTAL PARTICULATES, 0733 - 1533 HRS**

| | | | | | |
|---|---|---|---|---|---|
| AIR TEST INFORMATION | | | | | |
| SAMPLED BY: | | | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MPF | | 7/31/01 | MPF |
| PUMP OPERATOR | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | MPF | | 7/31/01 | MPF |
| SAMPLING DATE | | 9931-444-3 | | 7/31/01 | MPF |
| SAMPLING TIME | | 7/31/01 | | 7/31/01 | MPF |
| FLOW RATE | | 480 | MINUTES | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| PARTICULATES, TOTAL | NIOSH 0500 | 1440 | LITERS | 7/31/01 | MPF |
| | | 0.3 | MG/M3 | 8/09/01 | ERT |

**LARGE PANEL SAW AREA - RESPIRABLE PARTICULATES, 0733 - 1533 HRS.**

| | | | | | |
|---|---|---|---|---|---|
| PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/03/01 | ERT |
| AIR TEST INFORMATION | | | | 7/31/01 | MPF |
| SAMPLED BY: | | | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MPF | | 7/31/01 | MPF |
| PUMP OPERATOR | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | MPF | | 7/31/01 | MPF |
| SAMPLING DATE | | 9931-444-4 | | 7/31/01 | MPF |
| SAMPLING TIME | | 7/31/01 | | 7/31/01 | MPF |
| FLOW RATE | | 480 | MINUTES | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 1.7 | LITERS/MIN. | 7/31/01 | MPF |
| | | 816 | LITERS | 7/31/01 | MPF |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing   Food Sanitation Consultants

 Microbac Laboratories, Inc.
BRADFORD DIVISION
P.O. BOX 489
BRADFORD          PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|

### CNC MACHINE AREA - TOTAL PARTICULATES. 0736 - 1536 HRS.

| AIR TEST INFORMATION | | | | | |
|---|---|---|---|---|---|
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-3 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | | | 7/31/01 | MPF |
| FLOW RATE | | 480 | MINUTES | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| | | 1440 | LITERS | 7/31/01 | MPF |
| PARTICULATES, TOTAL | NIOSH 0500 | <0.3 | MG/M3 | 8/09/01 | ERI |

### CNC MACHINE AREA - RESPIRABLE PARTICULATES, 0736 - 1536 HRS.

| AIR TEST INFORMATION | | | | | |
|---|---|---|---|---|---|
| SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | MPF |
| PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| FILTER/TUBE NUMBER | | 9931-444-3 | | 7/31/01 | MPF |
| SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| SAMPLING TIME | | | | 7/31/01 | MPF |
| FLOW RATE | | 480 | MINUTES | 7/31/01 | MPF |
| VOLUME OF AIR SAMPLED | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| | | 816 | LITERS | 7/31/01 | MPF |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | ERI |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.



USDA-EPA-NIOSH Testing    Food Sanitation Consult



**® Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD          PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY · MICROBIOLOGY · FOOD SAFETY · CONSUMER PRODUCTS
WATER · AIR · WASTES · FOOD · PHARMACEUTICALS · NUTRACEUTICALS
**CERTIFICATE OF ANALYSIS**

UNICOR P.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| IMP | TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|---|

7   RADIAL ARM SAW AREA - TOTAL PARTICULATES, 0737 - 1537 HRS.

| AIR TEST INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| SAMPLED BY: | | | | | 7/31/01 | NPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | NPF | FILTER | 7/31/01 | NPF |
| PUMP OPERATOR | | | NPF | | 7/31/01 | NPF |
| FILTER/TUBE NUMBER | | | 9931-444-7 | | 7/31/01 | NPF |
| SAMPLING DATE | | | 7/31/01 | | 7/31/01 | NPF |
| SAMPLING TIME | | | | | 7/31/01 | NPF |
| FLOW RATE | | | 480 | MINUTES | 7/31/01 | NPF |
| VOLUME OF AIR SAMPLED | | | 3.0 | LITERS/MIN | 7/31/01 | NPF |
| PARTICULATES, TOTAL | NIOSH 0500 | | 1440 | LITERS | 7/31/01 | NPF |
| | | | 0.2 | MG/M3 | 8/09/01 | ERI |

RADIAL ARM SAW AREA - RESPIRABLE PARTICULATES, 0737 - 1537 HRS.

| AIR TEST INFORMATION | | | | | | |
|---|---|---|---|---|---|---|
| SAMPLED BY: | | | | | 7/31/01 | NPF |
| SAMPLING MEDIA | | MATCHED WEIGHT | NPF | FILTER | 7/31/01 | NPF |
| PUMP OPERATOR | | | NPF | | 7/31/01 | NPF |
| FILTER/TUBE NUMBER | | | 9931-444-8 | | 7/31/01 | NPF |
| SAMPLING DATE | | | 7/31/01 | | 7/31/01 | NPF |
| SAMPLING TIME | | | | | 7/31/01 | NPF |
| FLOW RATE | | | 480 | MINUTES | 7/31/01 | NPF |
| VOLUME OF AIR SAMPLED | | | 1.7 | LITERS/MIN | 7/31/01 | NPF |
| PARTICULATES, RESPIRABLE | NIOSH 0600 | | 816 | LITERS | 7/31/01 | NPF |
| | | | <0.4 | MG/M3 | 8/09/01 | ERI |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing          MEMBER



**⬦ Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD                    PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD        PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| SMP | TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|---|
| 9 | WEEKE POINT TO POINT - TOTAL PARTICULATES, 0745 - 1545 HRS. | | | | | |
| | AIR TEST INFORMATION | | | | | |
| | SAMPLED BY: | | NPF | | 7/31/01 | NPF |
| | SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | NPF |
| | PUMP OPERATOR | | NPF | | 7/31/01 | NPF |
| | FILTER/TUBE NUMBER | | 9931-444-9 | | 7/31/01 | NPF |
| | SAMPLING DATE | | 7/31/01 | | 7/31/01 | NPF |
| | SAMPLING TIME | | | | 7/31/01 | NPF |
| | FLOW RATE | | 480 | MINUTES | 7/31/01 | NPF |
| | VOLUME OF AIR SAMPLED | | 3.0 | LITERS/MIN | 7/31/01 | NPF |
| | PARTICULATES, TOTAL | NIOSH 0500 | 1440 | LITERS | 7/31/01 | NPF |
| | | | <0.2 | MG/M3 | 8/09/01 | ERI |
| 10 | WEEKE POINT TO POINT - RESPIRABLE PARTICULATES, 0745 - 1545 HRS. | | | | | |
| | AIR TEST INFORMATION | | | | | |
| | SAMPLED BY: | | NPF | | 7/31/01 | NPF |
| | SAMPLING MEDIA | | MATCHED WEIGHT | FILTER | 7/31/01 | NPF |
| | PUMP OPERATOR | | NPF | | 7/31/01 | NPF |
| | FILTER/TUBE NUMBER | | 9931-444-10 | | 7/31/01 | NPF |
| | SAMPLING DATE | | 7/31/01 | | 7/31/01 | NPF |
| | SAMPLING TIME | | | | 7/31/01 | NPF |
| | FLOW RATE | | 480 | MINUTES | 7/31/01 | NPF |
| | VOLUME OF AIR SAMPLED | | 1.7 | LITERS/MIN | 7/31/01 | NPF |
| | PARTICULATES, RESPIRABLE | NIOSH 0600 | 816 | LITERS | 7/31/01 | NPF |
| | | | <0.4 | MG/M3 | 8/09/01 | ERI |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

USDA-EPA-NIOSH Testing    Food Sanitation Cert.





**Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD          PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject: PARTICULATE IN AIR TESTING, 7/31/01

| SMP | TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|---|
| 11 | EDGE BANDER - TOTAL PARTICULATES, 0735 - 1535 HRS. | | | | | |
| | AIR TEST INFORMATION | | | | | |
| | SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| | SAMPLING MEDIA | MATCHED WEIGHT | | FILTER | 7/31/01 | MPF |
| | PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| | FILTER/TUBE NUMBER | | 9931-444-11 | | 7/31/01 | MPF |
| | SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| | SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| | FLOW RATE | | 3.0 | LITERS/MIN | 7/31/01 | MPF |
| | VOLUME OF AIR SAMPLED | | 1440 | LITERS | 7/31/01 | MPF |
| | PARTICULATES, TOTAL | NIOSH 0500 | <0.3 | MG/M3 | 8/09/01 | ERI |
| 12 | EDGE BANDER - RESPIRABLE PARTICULATES, 0735 - 1535 HRS. | | | | | |
| | AIR TEST INFORMATION | | | | | |
| | SAMPLED BY: | | MPF | | 7/31/01 | MPF |
| | SAMPLING MEDIA | MATCHED WEIGHT | | FILTER | 7/31/01 | MPF |
| | PUMP OPERATOR | | MPF | | 7/31/01 | MPF |
| | FILTER/TUBE NUMBER | | 9931-444-12 | | 7/31/01 | MPF |
| | SAMPLING DATE | | 7/31/01 | | 7/31/01 | MPF |
| | SAMPLING TIME | | 480 | MINUTES | 7/31/01 | MPF |
| | FLOW RATE | | 1.7 | LITERS/MIN | 7/31/01 | MPF |
| | VOLUME OF AIR SAMPLED | | 816 | LITERS | 7/31/01 | MPF |
| | PARTICULATES, RESPIRABLE | NIOSH 0600 | <0.4 | MG/M3 | 8/09/01 | ERI |

Certificate Of Analysis Continued On Next Page

The data and other information contained on this, and other accompanying documents, represent only the sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for advertising or other purposes without written approval from the laboratory.

MEMBER



**(R) Microbac Laboratories, Inc.**
BRADFORD DIVISION
P.O. BOX 489
BRADFORD                PA 16701
(814)368-6087

http://www.microbac.com

CHEMISTRY • MICROBIOLOGY • FOOD SAFETY • CONSUMER PRODUCTS
WATER • AIR • WASTES • FOOD • PHARMACEUTICALS • NUTRACEUTICALS

## CERTIFICATE OF ANALYSIS

UNICOR F.C.I. MCKEAN

P.O. BOX 5000

BRADFORD          PA 16701

Permit No
Cust P.O. 4700046491

| | |
|---|---|
| Date Reported | 8/13/01 |
| Date Received | 7/31/01 |
| Order No | 9931-00444 |
| Invoice No | 008032 |
| Cust # | F009 |
| Sampled Date | 7/31/01 |
| Sampled Time | 00:00 |
| Sample Id | |

Subject:  PARTICULATE IN AIR TESTING, 7/31/01

| SMP | TEST | METHOD | RESULT | UNITS | DATE | TECH |
|---|---|---|---|---|---|---|
| 13 | TECHNICIAN TIME | | | | | |
| | TECHNICIAN CHARGE | | | | 7/31/01 | MPF |

ANALYSES BY PA LABS:   42-060
                       25-067

MICROBAC BRADFORD DIVISION

The data and other information contained on this, and other accompanying documents, represent only the
sample(s) analyzed and is rendered upon the condition that it is not to be reproduced wholly or in part for
advertising or other purposes without written approval from the laboratory.

MEMBER

7-03-01 10:54 USDOL-OSHA                    ID=18148338919                    P01/03

**U.S. Department of Labor**          Occupational Safety and Health Administration
                                      Suite B-12
                                      3939 West Ridge Road
                                      Erie, PA 16506
                                      (814)833-5758 or fax (814) 833-8919
                                      Reply to the Attention of: Barry Burbage



July 3, 2001


Federal Correctional Institute, McKean
P.O. Box 5000
Bradford, PA 16701


Re:    Federal Correctional Institute, McKean
       Complaint No. 200378529

Dear Stephen Housler:

On July 2, 2001, the Occupational Safety and Health Administration (OSHA) received a notice of (safety and/or health) hazards at your worksite at:

       Rt. 59 and Big Shanty Rd.
       Lewis Run, PA 16738

We notified you, by telephone, of these alleged hazards on July 3, 2001. The specific nature of the alleged hazards is as follows:

1. In the UNICOR Factory the ventilation is inadequate and employees are exposed to excessive wood dust.

2. Dust mask are not readily available.

We have not determined whether the hazards, as alleged, exist at your workplace; and we do not intend to conduct an inspection at this time. However, since allegations of violations and/or hazards have been made, we request that you immediately investigate the alleged conditions and make any necessary corrections or modifications. Please advise me in writing, no later than August 3, 2001 of the results of your investigation. You must provide supporting documentation of your findings, including any applicable measurements or monitoring results, and photographs/video which you believe would be helpful, as well as a description of any corrective action you have taken or are in the process of taking, including of the corrected condition.

This letter is not a citation or a notification of proposed penalty which, according to the OSH Act, may be issued only after an inspection or investigation of the workplace. It is our goal to assure that hazards are promptly identified and eliminated. Please take immediate corrective action where needed. We encourage employee participation in investigating and responding to any alleged hazard. If we do not receive a response from you by August 3, 2001, indicating that appropriate action has been taken or that no hazard exists and why, an OSHA

inspection will be conducted. An inspection may include a review of the following: injury and illness records, hazard communication, personal protective equipment, emergency action or response, bloodborne pathogens, confined space entry, lockout and related safety and health issues.

Please note, however, that OSHA selects for inspection some cases where we have received letters in which employees have indicated satisfactory corrective action. This is to ensure that employers have actually taken the action stated in their letters.

The State of Pennsylvania offers OSHA consultation services, without charge, to assist in resolving all occupational safety and health issues. The variety of services available or the scheduling of those services may be limited by the consultation project's requirement to give priority to small businesses in high hazard industries. To discuss or request the services, call or write your State consultation project at the following address:

> PA/OSHA Consultation Program
> 210 Walsh Hall, Indiana University of PA
> 302 E. Walk
> Indiana, PA 15705-1087
> (800)382-1241

You are requested to post a copy of this letter where it will be readily accessible for review by all of your employees. Also, you are requested to provide a copy of this letter and your response to it to a representative of any recognized employee union of safety committee if these are at your facility. Please complete the Certificate of Posting and return with your complaint response. The complainant has been furnished a copy of this letter and will be advised of your response. Section 11(c) of the OSH Act provides protection for employees against discrimination because of their involvement in protected safety and health related activity.

If you have any questions concerning this matter, please contact the Area Office at the address in the letterhead. Your personal support and interest in the safety and health of your employees is appreciated.

Sincerely,

John H. Stranahan
Area Director

2

Apr-23-03   07:08am   From-Temple Sales                    836 828 ....           9368291947 002/005   F-301

# TEMPLE-INLAND
FOREST PRODUCTS CORPORATION

**PARTICLEBOARD**

## MATERIAL SAFETY DATA SHEET

## SECTION I - PRODUCT IDENTIFICATION

**PRODUCT NAME:** Particleboard
**TRADE NAME:** TemStock, Underlayment, Shelving
**SYNONYMS:** N/A
**CHEMICAL FAMILY:** N/A
**CHEMICAL FORMULA:** N/A
**CAS NUMBER:** None
**MANUFACTURER'S NAME AND ADDRESS:**
　　　　Temple-Inland Forest Products Corporation
　　　　P.O. Drawer N
　　　　Diboll, Texas 75941
　　　　Contact: Don Cox, Manager Chemical Control & Health Programs
**EMERGENCY TELEPHONE NUMBER:** 409-829-3511
**DATE PREPARED OR REVISED:** April 1997

## SECTION II - HAZARDOUS INGREDIENTS

| COMPONENT | CAS # | EXPOSURE LIMIT (OSHA)* | EXPOSURE LIMIT (ACGIH)* |
|---|---|---|---|
| Formaldehyde | 50-00-0 | 0.75 ppm 8-hr TWA<br>2 ppm 15-min STEL | 0.3 ppm Ceiling |
| Wood Dust | None | 5 mg/m3 8-hr TWA<br>10 mg/m3 15-min STEL | 5 mg/m3 8-hr TWA<br>10 mg/m3 15-min STEL |

In AFL-CIO v. OSHA 965 F. 2d 962 (11th Cir. 1992), the court overturned OSHA's 1989 Air Contaminants Rule, including the specific PELs for wood dust that OSHA had established at that time. The 1989 PELs were: TWA-5.0 mg/m3; STEL (15 min.) 10.0 mg/m3 (all soft and hard woods, except Western red cedar) Western red cedar: TWA - 2.5 mg/m3.

Wood dust is now officially regulated as an organic dust under the Particulates Not Otherwise Regulated (PNOR) or Inert or Nuisance Dust categories at PELs noted under Section II of this MSDS. However, a number of states have incorporated provisions of the 1989 standard in their state plans. Additionally, OSHA has announced that it may cite companies under the OSH Act General Duty Clause under appropriate circumstances for noncompliance with the 1989 PELs.

*NOTE: Although Agency and Court decision(s) could affect these values, the Company will continue to utilize these values as the PEL.

## SECTION III - PHYSICAL PROPERTIES
### DESCRIPTION

Composite panel product composed of resin and wood particles of varying percents (dependent on properties and thickness) pressed into panels of various sizes (normally 4 ft. X 8 ft.) and third party certified for emission of formaldehyde at levels less than 0.3 ppm (large chamber method). The HUD Standard.

### PHYSICAL DATA

**BOILING POINT -** Not Applicable
**SPECIFIC GRAVITY -** Variable (Dependent on wood species and moisture content)
**VAPOR DENSITY -** Not Applicable
**% VOLATILES BY VOLUME -** Not Applicable

Page 1 of 3

Apr-23-03  07:08am  From-Temple Sales                828 828      9368291947     003/002  F-301

# MATERIAL SAFETY DATA SHEET

**MELTING POINT** - Not Applicable
**VAPOR PRESSURE** - Not Applicable
**SOLUBILITY IN H2O (% BY WT.)** - Insoluble
**EVAPORATION RATE (Butyl Acetate = 1)** - Not Applicable
**pH** - Not Applicable
**APPEARANCE AND ODOR** - Light to dark colored granular solid. Color and odor are dependent on the wood species and time since board was manufactured.

## SECTION IV - FIRE AND EXPLOSION DATA

**FLASH POINT** - Not Applicable
**AUTO IGNITION TEMPERATURE** - 425 - 475 deg F
**FLAMMABLE LIMITS** - Formaldehyde LEL 7%, UEL 73%
**FIRE EXTINGUISHING MEDIA** - Water Spray, Carbon Dioxide
**SPECIAL FIRE FIGHTING PROCEDURES** - Fire fighting procedures for wood products are well known.

**UNUSUAL FIRE AND EXPLOSION HAZARDS** - Particleboard does not present a fire or explosion hazard. Sawing, sanding, or machining particleboard could result in the creation of wood dust. Wood dust may present a strong to sever explosion hazard if a dust cloud contacts an ignition source. According to data contained in NFPA Standards, .04 ounce per cubic foot is the minimum explosive concentration for wood flour.

## SECTION V - HEALTH HAZARD DATA

**Wood Dust/Fiber:** May cause nasal dryness, irritation and obstruction. Coughing, wheezing, and sneezing sinusitis and prolonged colds have also been reported. Depending on species, may cause respiratory sensitization and/or irritation. IARC classifies wood dust as a carcinogen to humans (Group 1). This classification is based primarily on IARC's evaluation of increased risk in the occurrence of adenocarcinomas of the nasal cavities and paranasal sinuses associated with exposure to wood dust. IARC did not find sufficient evidence to associate cancers of the oropharynx, hypopharynx, lung, lymphatic and hematopoietic systems, stomach, colon or rectum with exposure to wood dust.

**Signs and Symptoms of Exposure:** Acute - may cause temporary irritation of skin, eyes, or respiratory system. If irritation persists consult a physician. Chronic - rats exposed to 14 ppm formaldehyde developed nasal cancer. The NCI epidemiology study of 26,000 workers found little, if any, evidence linking formaldehyde exposure to cancer. The EPA has classified formaldehyde a B-1 Probable Human Carcinogen. Formaldehyde is listed by the IARC and the NTP as an animal carcinogen.

### EMERGENCY FIRST AID PROCEDURES

Inhalation, Eyes, Skin - Remove to fresh air
Ingestion - N/A

## SECTION VI - REACTIVITY DATA

**STABILITY** - Stable
**CONDITIONS TO AVOID** - High relative humidity and high temperature increases the rate of formaldehyde emissions in particleboard.
**INCOMPATIBILITY (materials to avoid)** - Strong oxidizing agents, strong acids
**HAZARDOUS DECOMPOSITION PRODUCTS** - Thermal and/or thermal-oxidative decomposition can product irritating and potentially toxic fumes and gases, including CO, aldehydes and organic acids.
**HAZARDOUS POLYMERIZATION** - Will not occur

## SECTION VII - SPECIAL PRECAUTION PROCEDURES

**PRECAUTIONS AND SAFE HANDLING.** Provide adequate ventilation to reduce the possible build-up of formaldehyde vapors.
**STEPS TO BE TAKEN IF SPILLED OR RELEASED:** See above.
**WASTE DISPOSAL METHOD:** Incinerate or landfill in accordance with local, state, and federal regulations.

Page 2 of 3

Apr-23-03   07:58am   From-Temple Sales                    838 828 ....    9368291947/004/006   F-301

## MATERIAL SAFETY DATA SHEET

## SECTION VIII - SPECIAL PROTECTION INFORMATION
### RESPIRATORY PROTECTION

Not required. However, the wearing of NIOSH approved breathing protection for exposure to wood dust may be necessary. Respirators are required if air contaminants exceed OSHA PEL.

### VENTILATION

Local Exhaust: Necessary to remove dust in sanding, sawing and machine processes.
Mechanical: Ventilate to assure formaldehyde concentration is less than the OSHA PEL.

### EYE PROTECTION

Wear appropriate eye protection or safety goggles if wood dust exposure is likely.

## SECTION IX - REGULATORY INFORMATION

H.U.D.: The HUD regulation of 24 CFR Part 3280 provides for third party certification of particleboard manufactured with urea-formaldehyde resin for formaldehyde emissions. Maximum level is 0.3 ppm (large chamber test method). Temple-Inland particleboard, subject of this MSDS is certified to meet this H.U.D. standard.

CALIFORNIA PROPOSITION 65 - Safe Drinking Water and Toxic Enforcement Act: Title 22 California Code of Regulations. California Proposition 65 provides for labeling and disclosure of the presence of a chemical(s) known to the State of California to cause cancer or reproductive toxicity. This product contains Formaldehyde in extremely low levels and may, depending on conditions, emit Formaldehyde. Based on a preponderance of data and the recognition by OSHA that 0.75 ppm TWA is a safe employee exposure level, we do not feel that exposure to this product presents significant risk to users.

SARA 313 - This product does not contain chemical(s) in concentrations which should require reporting under SARA 313.

ODS: During the manufacture of this product there is no intended use of listed ozone depleting chemicals as defined in applicable EPA regulations.

IMPORTANT: Temple-Inland Forest Products Corporation believe the information contained in this MSDS to be accurate at the time of preparation and has been complied using sources believed to be reliable. However, Temple-Inland Forest Products Corporation makes no warrant, either expressed or implied concerning the accuracy or completeness of the information presented. It is the responsibility of the user to comply with local, state, or federal regulations concerning use of this product. It is the further responsibility of the buyer to research and understand safe methods of use, storage, handling and disposal of this product.

TemStock and Temple-Inland are trademarks of Temple-Inland Forest Products Corporation.

Apr-23-03   07:10am   From-Temple Sales                    638 829 ....    9358291947/005/005   F-301

TEMPLE-INLAND FOREST PRODUCTS CORPORATION
P. O. DRAWER N
DIBOLL, TEXAS
(409) 829-5511

WOOD DUST
(For all Untreated Wood and Unmssed Wood Products)
CAUTION!

SAWING, SANDING OR MACHINING WOOD PRODUCTS CAN
PRODUCE WOOD DUST WHICH CAN CAUSE A FLAMMABLE OR
EXPLOSIVE HAZARD.

WOOD DUST MAY CAUSE LUNG, UPPER RESPIRATORY TRACT, EYE
AND SKIN IRRITATION. SOME WOOD SPECIES MAY CAUSE
DERMATITIS AND/OR ALLERGIC RESPIRATORY EFFECTS. THE
INTERNATIONAL AGENCY FOR RESEARCH ON CANCER (IARC) HAS
CLASSIFIED WOOD DUST AS A NASAL CARCINOGEN IN HUMANS.

*FIRST AID: If inhaled, remove to fresh air.  In case of contact, flush eyes
and skin with water.  If irritation persists, call a physician.

For additional information, see the Material Safety Data Sheet

NOTE: Size of label is not restricted by regulations.  Must be legible.

Revised: July 19, 1995

# MATERIAL SAFETY DATA SHEET
## USG MICORE BOARD

MSDS NO. 02028

Page 1 of 4

USG Interiors, Inc.
125 South Franklin Street
Chicago, Illinois 60606-4678

Product Safety: 1 (800) 507-8899
Version Date: October 1, 1999
Version 3

**SECTION I
PRODUCT IDENTIFICATION**

PRODUCT(S): USG MICORE BOARD – Micore 130 – Micore 160 – Micore 180 – Micore 230 and Micore 300
SYNONYM:
CHEMICAL FAMILY: Mixture of man-made vitreous fiber and minerals.

**SECTION II
INGREDIENTS**

| MATERIAL | WT% | TLV (mg/m³) | PEL( mg/m³) | CAS NUMBER |
|---|---|---|---|---|
| Man-made Vitreous Fiber[1] | <30 | 10 | 15(T)/5(R) | 65997-17-3 |
| Expanded Perlite | <40 | 10 | 15(T)/5(R) | 93763-70-3 |
| Starch | <15 | 10 | 15(T)/5(R) | 9005-25-8 |
| Recycled Paper (Cellulose) | >5 | 10 | 15(T)/5(R) | 9004-34-6 |
| Kaolin | <10 | 10 | 15(T)/5(R) | 1332-58-7 |
| Crystalline Silica | <5 | 0.1(R) | 0.1(R) | 14808-60-7 |

(T) -- Total    (R) - Respirable
[1]NIOSH recommended standard is 3 fibers/cc.  WHMIS class D2B.
[1]This material is slag wool.  Other generic terms that are used or have been used to classify this material include mineral wool, man-made mineral fiber (MMMF), and man-made vitreous fiber (MMVF).  A more recent generic term that has appeared in the literature to describe these glassy materials is synthetic vitreous fiber (SVF).
All ingredients of this product are included in the U.S. Environmental Protection Agency's Toxic Substances Control Act Chemical Substance Inventory.  All components of this product are included in the Canadian Domestic Substances List (DSL) or the Canadian Non- Domestic Substances List (NDSL).

## INFORMATION FOR HANDLING AND IDENTIFICATION OF CHEMICAL HAZARDS

| NFPA Ratings: | Health: 0 | Fire: 0 | Reactivity: 0 | Other: N/A |
|---|---|---|---|---|
| HMIS Ratings: | Health: 0 | Fire: 0 | Reactivity: 0 | |

Personal Protection: Use eye and skin protection.  Use NIOSH/MSHA-approved respiratory protection when necessary.
0 = Minimal Hazard    1 = Slight Hazard    2 = Moderate Hazard    3 = Serious Hazard    4 = Severe Hazard

**SECTION III
PHYSICAL DATA**

Appearance and Odor:    Gray to brown color solid panel.

**SECTION IV
FIRE AND EXPLOSION HAZARD DATA**

Flash Point (Method Used):    None
Extinguishing Media:    Not combustible

# MATERIAL SAFETY DATA SHEET
## USG MICORE BOARD

MSDS NO. 02028

Page 2 of 4

Special Fire Fighting Procedures:     None
Unusual Fire and Explosion Hazards:     None



## EFFECTS OF OVEREXPOSURE:

**ACUTE:** The components of Micore Board are bound in a cementitious matrix. When panels are cut or trimmed, especially with power tools, the resulting dust may cause transitory mechanical irritation to skin, eyes or respiratory tract.

**EYES:** Direct contact with eye can cause mechanical irritation.

**SKIN:** This material (in wet state or as dust) is not chemically harmful if it gets on the skin and is not immediately washed off. However direct contact of dust and especially mineral wool fibers with skin can cause skin irritation (mechanical) and itchiness.

**INHALATION:** Inhalation of dust can cause nose, throat, lungs, and upper respiratory tract irritation. Persons exposed to dust may be forced to leave area because of nuisance conditions such as coughing, sneezing and nasal irritation.

**INGESTION:** No known effects.

**CHRONIC:** Prolonged and repeated overexposure to respirable crystalline silica may result in lung disease (i.e., silicosis) and/or lung cancer. Sustained high level exposure to man-made vitreous fiber is thought to increase the risk of lung cancer. Persons with chronic or systemic skin or eye disease should use extra ordinary precautions and wear all personal protective equipment when working with this product.

## EMERGENCY AND FIRST AID PROCEDURES:

**EYES:** In case of contact, immediately flush thoroughly with copious amounts of water occasionally lifting the lower and upper lids (to remove particulates). Get medical attention immediately. Contact lenses should not be worn when working with this product.

**SKIN:** Skin contact is not a chemical hazard. Mechanical action of fibers on skin can cause itchiness. Irritation of skin may occur with prolonged and repeated contact. Rinse with cool water, followed by washing with soap and warm water. A commercially available skin cream or lotion may be helpful to treat dry skin areas.

**INHALATION:** If exposed to excessive levels of dust, leave area of dust exposure and remain away until coughing and other symptoms subside. Other measures are usually not necessary, however if conditions warrant, get medical attention.

**INGESTION:** No harmful effects expected. No specific recommendation. If gastric disturbance occurs, call physician.

**TARGET ORGANS:** Eyes, skin, lungs, and respiratory system.

**MEDICAL CONDITIONS WHICH MAY BE AGGRAVATED:** Pre-existing upper respiratory and lung disease such as, but not limited to, bronchitis, emphysema and asthma.

**PRIMARY ROUTES OF ENTRY:** Inhalation, Eyes and Skin contact.

## CARCINOGENICITY OF INGREDIENTS:

| MATERIAL | IARC | NTP |
|---|---|---|
| Man-made Vitreous Fiber (Respirable) | 2B | None |
| Crystalline Silica | Group 1 | Anticipated |

In June, 1997, the International Agency for Research on Cancer (IARC) classified crystalline silica (quartz and cristobalite) as a human carcinogen. In making the overall evaluation, the IARC Working Group noted that carcinogenicity in humans was not detected in all industrial circumstances studied. Carcinogenicity may be dependent on inherent characteristics of the crystalline silica or on external factors affecting its biological activity or distribution of its polymorphs.

IARC states that crystalline silica inhaled in the form of quartz or cristobalite from occupational sources is carcinogenic to humans (Group 1).

In 1987 the International Agency for Research on Cancer (IARC) concluded that there was "limited" evidence (i.e., 2B

# MATERIAL SAFETY DATA SHEET
## USG MICORE BOARD

classification) for the carcinogenicity of airborne respirable man made vitreous fibers (rock, slag, and fiberglass). IARC based its classification on U.S. and European epidemiologic studies of workers at rock, slag, and fiber glass wool plants. In these studies a small, yet statistically significant, increase in the rate of lung cancer was observed among the workers. This increase did not appear to be associated with airborne fiber levels measured in the workplace, duration of employment, or other measures of exposure-response relationships.

Recently the U. S. epidemiologic studies were updated and the authors concluded that the rate of lung cancer among the workers was not statistically significant compared to the general population. Furthermore, an epidemiologic study of workers at USG Interiors, Inc. slag wool plants showed that exposure to slag wool fibers is not associated with increased lung cancer. This study did observe a strong association for an increased lung cancer rate and heavy long-term tobacco smoking.

In addition to the epidemiological studies on slag wool, an animal study was conducted to detect if adverse effects would result from long-term exposure to slag wool fiber. In this inhalation study rats breathed airborne slag wool fibers for most of their lives (i.e., 6 hours daily, 5 days/week for 2 years) at concentrations hundreds of times greater than airborne concentrations reported in workplaces. The results of this study showed that there were no differences in the number of tumors observed between animals exposed to filtered air only and animals exposed to airborne slag wool fibers.

A second study measured the durability (biopersistence) of slag wool fibers inhaled and retained in animal lungs. In this study, rats inhaled large quantities of slag wool fibers each day for 5 days and then the exposures were stopped. Sacrifices of groups of animals were made at different times after cessation of fiber exposures so that the numbers, size distributions and chemical changes of fibers trapped in lung tissues could be determined and compared. Results showed that in just 3 months after the exposure period very few slag wool fibers were found in the animal's lungs and virtually no fibers were found after 6 months.

The results of this biopersistence study are consistent with the results of analyses of lung tissue samples obtained from deceased slag wool employees which showed no presence of any slag wool fibers.

Results from the animal inhalation studies agree with experimental studies in which slag wool fibers were injected or implanted into the chest or abdominal cavities of animals to test the potential of the slag wool fibers to produce tumors. Such studies did not produce statistically significant numbers of tumors in animals. In one study, more than one billion slag wool fibers were injected into the abdominal cavity of each animal without producing statistically significant numbers of tumors.

In summary, evidence for the non-carcinogenicity of exposure to slag wool fibers continues to accumulate. Permanent adverse health effects are not expected as a result from exposure to slag wool fibers especially if recommended work practices are followed.

## SECTION VI
## REACTIVITY DATA

| | |
|---|---|
| STABILITY: | Stable |
| INCOMPATIBILITY: | Acids |
| HAZARDOUS POLYMERIZATION: | Will not occur. |
| HAZARDOUS DECOMPOSITION: | Oxides of carbon would be produced at high temperatures with the thermal decomposition of starch and cellulose. |

## SECTION VII
## SPILL OR LEAK PROCEDURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED:
Normal clean up procedures. Containment not necessary. Treat as inert material. In case of spill, pick up or scoop up and place in container. Wear appropriate protective equipment (see Section VIII).

# MATERIAL SAFETY DATA SHEET
## USG MICORE BOARD

MSDS NO. 02028

Page 4 of 4

**WASTE DISPOSAL METHOD:**
To sanitary landfill in accordance with local, state and federal regulations.



**RESPIRATORY PROTECTION:**
Not typically necessary under normal conditions of use. Provide general ventilation and local exhaust ventilation to meet TLV requirements of individual ingredients and to control dusting conditions. Wear a NIOSH/MSHA-approved dust respirator in poorly ventilated areas, if TLV is exceeded, and/or when dusty conditions exist. Avoid prolonged and repeated breathing of dust.

**VENTILATION:**
If cutting or trimming with power equipment dust collectors and local ventilation must be used.

**PERSONAL PROTECTIVE EQUIPMENT:**
Wear tight fitting goggles and gloves if dust is irritating. Wear long sleeved, loose fitting clothing closed at the neck and wrists and minimize skin contact. Wash work clothing separately from other clothing. Rinse washer thoroughly after use.



**PRECAUTIONS TO BE TAKEN IN HANDLING AND STORAGE:**
Keep dry.

**⚠ WARNING!**
Overexposure to dust can cause eye, skin, nose, throat or respiratory irritation.
Wear eye, skin and respiratory protection. Cut and trim with knife, razor or hand saw. Do not cut with power equipment unless either a dust collector is used on the equipment or local exhaust is used and a NIOSH/MSHA-approved respirator is worn. Failure to follow these instructions may result in overexposure to airborne man-made mineral fiber and silica. The International Agency for Research on Cancer has classified respirable crystalline silica as a probable human carcinogen (Group I) and MMMF as a possible human carcinogen (Group 2B).
Target organ: Lungs.

**FIRST AID:**
EYES: Flush eyes thoroughly with water for 15 minutes. If irritation persists, consult physician.
SKIN: Rinse with cool water, followed by washing with soap and warm water.
Product safety information: (800) 507-8899.

END

APR-23-2003  08:58     BABCOCK LUMBER     1  585 924 7358350     P.01/08



# Material Safety Data Sheet

*UPDATED 4/8/03 rs*

## Section 1. Chemical Product and Company Identification

| | | | |
|---|---|---|---|
| **Common Name** | **Wilsonart(R) 860/861** | **Code** | 1841USA |
| | | **MSDS#** | 1841 |
| **Supplier** | WILSONART INTERNATIONAL INC.<br>P.O. BOX 6110 - 2400 Wilson Place, Temple, TX  78503<br>Telephone:     800-433-3222 (U.S.A.) or 254-207-7000 | **Validation Date** | 08/17/1999 |
| **Synonym** | Also known as:    Lokweld(R)860/861 | **Print Date** | 09/27/1999 |
| **Trade name** | Wilsonart(R)860/861 | **Responsible Name** | Wilsonart International Inc. |
| **Material Uses** | Spray grade adhesive for laminate. | | |
| **Manufacturer** | WILSONART INTERNATIONAL, INC.<br>P.O. BOX 6110, Temple, TX  76503-6110<br>Information Phone:  254-207-7000 or 800-433-3222 | **In case of Emergenc** | CHEMTREC:<br>800-424-9300 (USA)<br>703-527-3887 (International) |

## Section 2. Composition and Information on Ingredients

| Name | CAS # | % by Weight | Exposure Limits |
|---|---|---|---|
| Acetone | 67-64-1 | 15-40 | TWA: 750  ppm  ACGIH (TLV) [United States]<br>STEL: 1000  ppm  ACGIH (TLV) [United States] |
| Toluene | 108-88-3 | 5-15 | TWA: 100 ppm  STEL: 150  ppm  OSHA (PEL) [United States]<br>TWA: 50  ppm  ACGIH (TLV) [United States] |
| Hexane isomers | N/A | 15-40 | TWA: 1760 mg/m³   CEIL: 3500 mg/m³  ACGIH (TLV) [United States]<br>TWA: 500 ppm  STEL: 1000 ppm  ACGIH (TLV) [United States] |
| N-hexane | 110-54-3 | 1-5 | TWA: 176  mg/m³  ACGIH (TLV) [United States]<br>TWA: 50  ppm   ACGIH (TLV) [United States] |

## Section 3. Hazards Identification

| | |
|---|---|
| **Physical State and Appearance** | Liquid. |
| **Emergency Overview** | **DANGER!**<br>**EXTREMELY FLAMMABLE LIQUID AND VAPOR. VAPOR MAY CAUSE FLASH FIRE. HARMFUL IF INHALED OR SWALLOWED.  MAY CAUSE RESPIRATORY TRACT, EYE AND SKIN IRRITATION.** |
| **Routes of Entry** | Absorbed through skin.  Skin contact.  Eye contact.  Inhalation.  Ingestion. |

**Potential Acute Health Effects**

*Eyes* This product is an eye irritant.

*Skin* Irritating to skin.  Prolonged skin contact may cause dermatitis with drying and cracking of skin.  Permeator (absorbed through the intact skin).

*Inhalation* Harmful if inhaled.  Inhalation of vapors may cause dizziness, an irregular heartbeat, narcosis, nausea or asphyxiation.  Narcotic effect; may cause nervous system disturbances.  Peripheral neuropathy (numbness in limbs).  Severe over-exposure can result in death.

**Continued on Next Page**

| Wilsonart™ 860/881 | Page: 2/8 |
|---|---|

| | |
|---|---|
| Ingestion | Not an expected route of entry. Ingestion may cause severe gastric disturbances. May cause headache, nausea, vomiting, pain, weakness, dizziness, gastrointestinal, irritation convulsions, respiratory failure, central nervous system depression, unconsciousness, and may be fatal. |
| Potential Chronic Health Effects | Long term skin contact to solvents may produce defatting of the skin and dermatitis. Over-exposure by inhalation may cause respiratory irritation, central nervous system depression and peripheral nervous system effects. |
| Medical Conditions Aggravated by Overexposure: | Preexisting eye and skin disorders. |
| Overexposure /Signs/Symptoms | Inflammation of the eye is characterized by redness, watering, and itching. Skin inflammation is characterized by itching, scaling, reddening. Inhalation of vapors may cause dizziness, an irregular heartbeat, narcosis, nausea or asphyxiation. |
| See Toxicological Information (section 11) | |

## Section 4. First Aid Measures

| | |
|---|---|
| Eye Contact | Check for and remove any contact lenses. Immediately flush eyes with running water for at least 15 minutes, keeping eyelids open. Cold water may be used. Do not use an eye ointment. Seek medical attention. |
| Skin Contact | Wash contaminated skin with soap and water. If the product got onto the clothed portion of the body, remove the contaminated clothes as quickly as possible. Place the victim under a deluge shower. If irritation occurs, seek medical attention. Wash contaminated clothing before reusing. |
| Inhalation | Allow the victim to rest in a well ventilated area. Oxygen may be administered if breathing is difficult. If irritation, or difficult breathing, persists, seek immediate medical attention. |
| Ingestion | Do not induce vomiting. Have conscious person drink several glasses of water or milk. NEVER give an unconscious person anything to ingest. Seek medical attention. |
| Notes to Physician | Sudden death due to ventricular fibrilation has been reported from acute inhalation in chronic solvent abusers. Treat patient supportively. Life support measures should be provided because CNS depression, cardiopulmonary failure, and metabolic acidosis have been reported in massive overexposures. |

## Section 5. Fire Fighting Measures

| | |
|---|---|
| Flammability of the Product | Flammable. |
| Auto-ignition Temperature | The lowest known value is 225°C (437°F) (Hexane isomers). |
| Flash Points | CLOSED CUP: -8.8888°C (16°F). (Pensky-Martens.) |
| Flammable Limits | LOWER: 2% UPPER: 13% |
| Products of Combustion | These products are carbon oxides (CO, CO2). |
| Fire Hazards in Presence of Various Substances | Highly flammable in presence of open flames and sparks, of heat. Slightly flammable to flammable in presence of oxidizing materials, of reducing materials, of combustible materials. Non-flammable in presence of moisture. |
| Explosion Hazards in Presence of Various Substances | Risks of explosion of the product in presence of mechanical impact: Not available. Risks of explosion of the product in presence of static discharge: Not available. Slightly explosive to explosive in presence of oxidizing materials. |

*Continued on Next Page*

| Wilsonart® 86W661 | Page: 3/8 |
|---|---|
| Fire Fighting Media and Instructions | SMALL FIRE: Use DRY chemical powder.<br>LARGE FIRE:  Use alcohol foam, water spray or fog.    Cool containing vessels with water jet in order to prevent pressure build-up, autoignition or explosion. |
| Protective Clothing (Fire) | Fire fighters should wear positive pressure self-contained breathing apparatus (SCBA) and full turnout gear. |
| Special Remarks on Fire Hazards | Vapor may travel considerable distance to source of ignition and flash back.    Container explosion may occur under fire conditions or when heated. |
| Special Remarks on Explosion Hazards | All electrical equipment in the area must be rated for flammable liquids.  [Dispensing - Class I Division 1; Storage - Class I, Division 2] |

## Section 6. Accidental Release Measures

| Small Spill and Leak | Absorb with an inert material and place in an appropriate waste disposal container. |
|---|---|
| Large Spill and Leak | Flammable liquid.  Eliminate all ignition sources.  Stop leak if without risk.  Prevent entry into sewers, basements or confined areas; dike if needed.  Absorb with an inert material and put the spilled material in an appropriate waste disposal container.  Do not use metal tools or equipment. |

## Section 7. Handling and Storage

| Handling | Avoid breathing vapors of this product.  Use only with adequate ventilation.  Avoid contact with skin and eyes.  After handling, always wash hands thoroughly with soap and water.  To avoid fire or explosion, dissipate static electricity during transfer by grounding and bonding containers and equipment before transferring material.  Use explosion-proof electrical (ventilating, lighting and material handling) equipment.  When using do not eat, drink or smoke. |
|---|---|
| Storage | Store and use away from heat, sparks, open flame, or any other ignition source.  Flammable materials should be stored in a separate safety storage cabinet or room.  Keep out of the reach of children.  Ground all equipment containing material. |

## Section 8. Exposure Controls/Personal Protection

| Engineering Controls | Provide exhaust ventilation or other engineering controls to keep the airborne concentrations of vapors below their respective threshold limit value.  Ensure that eyewash stations and safety showers are proximal to the work-station location. |
|---|---|
| Personal Protection | |
| *Eyes* | Splash goggles or safety glasses with side shields. |
| *Body* | Synthetic apron. |
| *Respiratory* | In case of insufficient ventilation, wear an approved (NIOSH) respirator with organic vapor cartridges with dust/mist pre-filter. |
| *Hands* | Gloves (Viton, nitrile, or neoprene). |
| *Feet* | No special precautions are necessary if used as intended. |
| Protective Clothing (Pictograms) |  |
| Personal Protection in Case of a Large Spill | A self contained breathing apparatus should be used to avoid inhalation of the product.  Boots.  Full suit.  Splash goggles.  Gloves (Viton, nitrile, or neoprene). |
| Product Name | Exposure Limits |

**Continued on Next Page**

**Wilsonart® 860/861**                                                      *Page: 4/8*

| Acetone | TWA: 750 ppm  ACGIH (TLV) [United States]<br>STEL: 1000 ppm  ACGIH (TLV) [United States] |
| Toluene | TWA: 100 ppm  STEL: 150 ppm  OSHA (PEL) [United States]<br>TWA: 50 ppm  ACGIH (TLV) [United States] |
| Hexane isomers | TWA: 1760 mg/m³  CEIL: 3500 mg/m³  ACGIH (TLV) [United States]<br>TWA: 500 ppm  STEL: 1000 ppm  ACGIH (TLV) [United States] |
| n-Hexane | TWA: 176 mg/m³  ACGIH (TLV) [United States]<br>TWA: 50 ppm  ACGIH (TLV) [United States] |

Consult local authorities for acceptable exposure limits.

## Section 9: Physical and Chemical Properties

| | | | |
|---|---|---|---|
| Physical State and Appearance | Liquid. | Odor. | Strong. |
| Molecular Weight | Not applicable. | Taste | Not available. |
| Molecular Formula | Not applicable. | Color | Red (860).  Colorless to light yellow (861). |
| pH (1% Soln/Water) | Not available. | | |
| Boiling/Condensation Point | 55.6°C (132°F) | | |
| Melting/Freezing Point | May start to solidify at -94.5°C (-138.1°F) based on data for: Toluene. Weighted average: -95.06°C (-139.1°F) | | |
| Critical Temperature | The lowest known value is 234.2°C (453.6°F) (Hexane isomers). | | |
| Specific Gravity | 0.757 (Water = 1) | | |
| Vapor Pressure | 185 mm of Hg (@ 20°C) | | |
| Vapor Density | The highest known value is 3.14 (Air = 1) (Toluene).  Weighted average: 2.54  (Air = 1) | | |
| Volatility | 82% | | |
| Odor Threshold | The highest known value is 13 ppm (Acetone)  Weighted average: 10.22 ppm | | |
| Evaporation Rate | The highest known value is 7.7 (Acetone)  Weighted average: 5.24 compared to Butyl acetate. | | |
| VOC | V.O.C. Content (less water and exempt compounds): 598  g/L; 4.99 lbs./ga.<br>MAXIMUM VOC: 422 g/Liter (SCAQMD)<br>VHAP CONTENT: 0.83 lbs. VHAP/lbs solid. | | |
| Viscosity | 200 cps (Brookfield Viscometer)<br>16 sec (Stormer Viscometer) | | |
| LogKₒw | Not available. | | |
| Ionicity (in Water) | Not available. | | |
| Dispersion Properties | Not available. | | |
| Solubility | Insoluble in water. | | |
| Physical Chemical Comments | Not available. | | |

**Continued on Next Page**

| Wilsonart™ 860/861 | Page: 5/8 |
|---|---|

## Section 10. Stability and Reactivity

| | |
|---|---|
| Stability and Reactivity | The product is stable. |
| Conditions of Instability | No additional information. |
| Incompatibility with Various Substances | Reactive with acids, alkalis, combustible materials, oxidizing agents, reducing agents. |
| Hazardous Decomposition Products | Products of Combustion include: carbon oxides (CO, CO2) |
| Hazardous Polymerization | Will not occur. |

## Section 11. Toxicological Information

| | |
|---|---|
| Toxicity to Animals | Acute oral toxicity (LD50): 2600 mg/kg [Rat].  (Toluene).<br>Acute dermal toxicity (LD50): 12210 mg/kg [Rabbit].  (Toluene). |
| Chronic Effects on Humans | CARCINOGENIC EFFECTS: Not classifiable for human or animal.<br>MUTAGENIC EFFECTS: Classified none for human.<br>TERATOGENIC EFFECTS: Classified PROVEN for human [Toluene].<br>DEVELOPMENTAL TOXICITY: Classified Development toxin [PROVEN] [Toluene]<br>Causes damage to the following organs: the nervous system.<br>N-hexane is a neurotoxin.  Toluene has been reported to have caused spontaneous abortion in women that intentionally concentrated and inhaled its vapors. |
| Other Toxic Effects on Humans | Skin contact (irritant, permeator), eye contact (irritant). |
| Special Remarks on Toxicity to Animals | No additional remark. |
| Special Remarks on Chronic Effects on Humans | No additional information. |
| Special Remarks on Other Toxic Effects on Humans | No additional information. |

## Section 12. Ecological Information

| | |
|---|---|
| Ecotoxicity | Not available. |
| BOD5 and COD | Not available. |
| Biodegradable/OECD | Not available. |
| Mobility | Not available. |
| Toxicity of the Products of Biodegradation | Not available. |
| Special Remarks on the Products of Biodegradation | No additional remark. |

Continued on Next Page

**Wilsonart™ 880/881**                                                      Page: 8/8

## Section 13. Disposal Considerations

| | |
|---|---|
| Waste Information | Spilled, contaminated, or waste material should be put into a suitable container and handled according to local, state/provincial, and federal regulations. Contact a qualified waste management company in your area for assistance. EMPTY CONTAINERS:  Empty containers should be either reconditioned by CERTIFIED firms or properly disposed of by APPROVED firms.  Disposal of containers should be in accordance with applicable laws and regulations. "Empty" drums should not be given to individuals.  Serious accidents have resulted from the misuse of "emptied" containers.  Residual vapors may in the container(s) may be explosive. Do not cut, weld, or braze these containers. |
| Waste Stream | Not available. |

Consult your local or regional authorities.

## Section 14. Transport Information

| | |
|---|---|
| DOT Classification | DOT CLASS: Flammable liquid. |
| | Adhesives, 3, UN1133, II, Limited Quantity:  1 L |
| Marine Pollutant | Not a marine pollutant. |
| Special Provisions for Transport | 1 Liter or less may use Limited Quantity exceptions (49CFR 173.150) |
| ADR/RID Classification | Class 3: Flammable liquid A. |
| IMO/IMDG Classification | Class 3.2: Flammable liquid (Intermediate flashpoint group of liquids having a flashpoint of -18°C (0°F) up to, but not including, 23°C (73°F) c.c.). |
| ICAO/IATA Classification | Class 3: Flammable liquid. |

## Section 15. Regulatory Information

| | |
|---|---|
| HCS Classification | HCS CLASS: Flammable liquid IB having a flash point lower than 22.8°C (73°F) and a boiling point higher or equal to 37.8°C (100°F). |
| U.S. Federal Regulations | TSCA 4(a) proposed test rules: Acetone; N-hexane TSCA 4(a) final test rules: N-hexane TSCA 8(b) inventory: Acetone; Toluene; N-hexane TSCA 8(d) H and S data reporting: Toluene: 10/04/92 TSCA 12(b) one time export: Acetone; N-hexane SARA 302/304/311/312 extremely hazardous substances: No products were found. SARA 302/304 emergency planning and notification: No products were found. SARA 302/304/311/312 hazardous chemicals: Acetone; Toluene; N-hexane SARA 311/312 MSDS distribution - chemical inventory - hazard identification: No products were found. SARA 313 toxic chemical notification and release reporting: Acetone; Toluene. 1%; N-hexane: 1% Clean water act (CWA) 307: Toluene Clean water act (CWA) 311: Toluene Clean air act (CAA) 112 accidental release prevention: No products were found. Clean air act (CAA) 112 regulated flammable substances: No products were found. Clean air act (CAA) 112 regulated toxic substances: No products were found. |

*Continued on Next Page*

APR-23-2003  09:02    BABCOCK LUMBER    1  585 934 7355358    P.07/08

| Wilsonart™ 860/861 | | Page: 7/8 |
|---|---|---|

**International Regulations**

| EINECS | Not available. |
|---|---|
| DSCL (EEC) | R12- Extremely flammable.<br>R28- Very toxic if swallowed.<br>R36- Irritating to eyes.<br>R43- May cause sensitization by skin contact. |
| International Lists | Australia: Acetone; Toluene; N-hexane |
| | China: Acetone; Toluene |
| | Germany water class: Toluene; N-hexane |
| | VCI WGK: Toluene |
| | Korea (TCCL): Acetone |
| State Regulations | Connecticut carcinogen reporting list: Toluene<br>Pennsylvania RTK: Acetone; Toluene; N-hexane<br>Florida: Acetone; Toluene; N-hexane<br>Minnesota: Acetone; Toluene; N-hexane<br>Massachusetts RTK: Acetone; Toluene; N-hexane<br>New Jersey: Acetone; Toluene; N-hexane<br>California prop. 65: This product contains the following ingredients for which the State of California has found to cause cancer, birth defects or other reproductive harm, which would require a warning under the statute: Toluene |

## Section 16. Other Information

| Label Requirements | EXTREMELY FLAMMABLE LIQUID AND VAPOR. VAPOR MAY CAUSE FLASH FIRE. HARMFUL IF INHALED OR SWALLOWED. MAY CAUSE RESPIRATORY TRACT, EYE AND SKIN IRRITATION. |
|---|---|

| Hazardous Material Information System (U.S.A.) |  | National Fire Protection Association (U.S.A.) |  |
|---|---|---|---|

| References | -SAX, N.I. Dangerous Properties of Industrial Materials. Toronto, Van Nostrand Reinold, 6e ed. 1984.<br>GLOSSARY:<br>ACGIH - American Conference of Governmental Industrial Hygienists<br>ASTM - American Society for Testing and Materials<br>ADR - Agreement on Dangerous Goods by Road (Europe)<br>BOD5 - Biological Oxygen Demand in 5 days<br>CAS - Chemical Abstract Services<br>CEPA - Canadian Environmental Protection Act<br>CERCLA - Comprehensive Environmental Response, Compensation and Liability Act<br>CFR - Code of Federal Regulations<br>DOT - Department of Transportation<br>DSCL - Dangerous Substances Classification and Labeling (Europe)<br>DSL - Domestic Substance List (Canada)<br>EEC/EU - European Economic Community/European Union<br>EINECS - European Inventory of Existing Commercial Chemical Substances<br>HCS - Hazard Communication System<br>HMIS - Hazardous Material Information System<br>IARC - International Agency for Research on Cancer |
|---|---|

*Continued on Next Page*

**Wilsonart⁽ᴿ⁾ 860/861**                                                                    **Page: 8/8**

|  |  |
|---|---|
|  | LD50/LC50 - Lethal Dose/Concentration Kill 50% |
|  | LDLo/LCLo - Lowest Published Lethal Dose/Concentration |
|  | NFPA - National Fire Prevention Association |
|  | NIOSH - National Institute for Occupational Safety & Health |
|  | NTP - National Toxicology Program |
|  | OSHA - Occupational Safety & Health Administration |
|  | PEL - Permissible Exposure Limit |
|  | RCRA - Resource Conservation and Recovery Act |
|  | SARA - Superfund Amendments and Reorganization Act |
|  | STEL - Short Term Exposure Limit (15 minutes) |
|  | TDG - Transportation of Dangerous Goods (Canada) |
|  | TLV-TWA - Threshold Limit Value-Time Weighted Average |
|  | TSCA - Toxic Substances Control Act |
|  | WHMIS - Workplace Hazardous Material Information System |

| Other Special Considerations | TSCA (Toxic Substance Control Act): All components of this product are listed on the TSCA Inventory. |
|---|---|
|  | EINECS: All components of this product are on the European Inventory of Existing Commercial Chemical Substances. |

| Validated by Wilsonart International Inc. on 08/17/1999. | Verified by Wilsonart International Inc. |
|---|---|
|  | Printed 08/27/1999. |

**CHEMTREC:**
800-424-9300 (USA)
703-527-3887 (International)

**Notice to Reader:**
*To the best of our knowledge, the information contained herein is accurate. However, neither the above named supplier nor any of its subsidiaries assumes any liability whatsoever for the accuracy or completeness of the information contained herein. Final determination of suitability of any material is the sole responsibility of the user. All materials may present unknown hazards and should be used with caution. Although certain hazards are described herein, we cannot guarantee that these are the only hazards that exist.*

July 27, 2001

Mr. John H. Stranahan
Area Director Occupational Safety and Health Administration
Suite B-12
3939 West Ridge Road
Erie, Pennsylvania 16506

Dear Mr. Stranahan:

This is in reference to your inquiry of July 3, 2001, concerning the air quality in our UNICOR Factory and the use of dust masks.

Our current dust collection system consists of two separate systems, each producing 34,000 CFM (cubic feet per minute). On system #1, there are eight machines drawing dust collection requiring a total of 9,900 CFM, thus leaving 24,100 CFM available. On system #2, there are 15 machines drawing dust collection directly from the point of operation requiring a total of 13,100 CFM, thus leaving 20,900 CFM available. As you can see by these numbers our current system is not being over taxed from usage. The are no visible signs of extreme amounts of dust particles drifting in the air during high production time.

Dust masks are readily available for use from the UNICOR tool room and, upon request, issued.

Microbac Laboratories, Inc. of Bradford, Pennsylvania, an independent air sampling vendor, has been contacted to conduct air monitoring testing in the factory. They will do a personal and factory wide sampling on Tuesday, July 31, 2001. Once the results are received you will be provided a copy.

If you have any questions or concerns, please contact Stephen E. Housler, Safety Manager, at 814/362-8900, extension 3526.

Sincerely,


John J. LaManna
Warden

MAR 02 '04  02:36PM UNICOR MCKEAN (814) 362-4151

7-03-01 10:54 USDOL-OSHA                           ID=18146638919       P.2/03

U.S. Department of Labor

Occupational Safety and Health Administration
Suite B-12
3636 West Ridge Road
Erie, PA 16506
(814)833-5758 or fax (814) 833-8919
Reply to the Attention of: Barry Burbage



July 3, 2001

Federal Correctional Institute, McKean
P.O. Box 5000
Bradford, PA 16701

Re:   Federal Correctional Institute, McKean
      Complaint No. 200378529

Dear Stephen Housler;

On July 2, 2001, the Occupational Safety and Health Administration (OSHA) received a notice of (safety and/or health) hazards at your worksite at:

      Rt. 59 and Big Shanty Rd.
      Lewis Run, PA 16738

We notified you, by telephone, of these alleged hazards on July 3, 2001.  The specific nature of the alleged hazards is as follows:

1.  In the UNICOR Factory the ventilation is inadequate and employees are exposed to excessive wood dust.

2.  Dust mask are not readily available.

We have not determined whether the hazards, as alleged, exist at your workplace; and we do not intend to conduct an inspection at this time.  However, since allegations of violations and/or hazards have been made, we request that you immediately investigate the alleged conditions and make any necessary corrections or modifications.  Please advise me in writing, no later than August 3, 2001 of the results of your investigation. You must provide supporting documentation of your findings, including any applicable measurements or monitoring results, and photographs/video which you believe would be helpful, as well as a description of any corrective action you have taken or are in the process of taking, including of the corrected condition.

This letter is not a citation or a notification of proposed penalty which, according to the OSH Act, may be issued only after an inspection or investigation of the workplace.  It is our goal to assure that hazards are promptly identified and eliminated.  Please take immediate corrective action where needed.  We encourage employee participation in investigating and responding to any alleged hazard.  If we do not receive a response from you by August 3, 2001, indicating that appropriate action has been taken or that no hazard exists and why, an OSHA

APR 02 '04 02:50PM UNICOR MCKEAN (814) 362-4151

07-03-01  18:55  USDOL-OSHA                          ID=18148038919        ○        P.3/83

inspection will be conducted. An inspection may include a review of the following: injury and illness records, hazard communication, personal protective equipment, emergency action or response, bloodborne pathogens, confined space entry, lockout and related safety and health issues.

Please note, however, that OSHA selects for inspection some cases where we have received letters in which employees have indicated satisfactory corrective action. This is to ensure that employers have actually taken the action stated in their letters.

The State of Pennsylvania offers OSHA consultation services, without charge, to assist in resolving all occupational safety and health issues. The variety of services available or the scheduling of those services may be limited by the consultation project's requirement to give priority to small businesses in high hazard industries. To discuss or request the services, call or write your State consultation project at the following address:

> PA/OSHA Consultation Program
> 210 Walsh Hall, Indiana University of PA
> 302 E. Walk
> Indiana, PA 15705-1087
> (800)382-1241

You are requested to post a copy of this letter where it will be readily accessible for review by all of your employees. Also, you are requested to provide a copy of this letter and your response to it to a representative of any recognized employee union of safety committee if these are at your facility. Please complete the Certificate of Posting and return with your complaint response. The complainant has been furnished a copy of this letter and will be advised of your response. Section 11(c) of the OSH Act provides protection for employees against discrimination because of their involvement in protected safety and health related activity.

If you have any questions concerning this matter, please contact the Area Office at the address in the letterhead. Your personal support and interest in the safety and health of your employees is appreciated.

Sincerely,

John H. Stranahan
Area Director

2