Attachment B

```
  BOPUK  531.01 *              INMATE HISTORY          *    11-20-2006
PAGE 001          *              WRK DETAIL            *    14:14:03

   REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
   CATEGORY: WRK        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME

MCK    REC        RECREATION ORDERLY          04-20-2006 0001 CURRENT
MCK    UNASSG     UNASSIGNED                  04-18-2006 1419 04-20-2006 0001

MCK    SHU UNASSG SHU UNASSIGNED              04-06-2006 1004 04-18-2006 1419

MCK    REC        RECREATION ORDERLY          04-15-2005 1217 04-06-2006 1004

MCK    REC        RECREATION ORDERLY          09-03-2004 1218 04-15-2005 0915

MCK    REC        RECREATION ORDERLY          10-31-2003 0001 09-03-2004 0955

MCK    ORD B A    ORDERLY BA                  04-01-2003 1116 10-31-2003 0001

MCK    UNASSG     UNASSIGNED                  03-31-2003 0001 04-01-2003 1116

MCK    I ASEMBLY2 ASSEMBLY 2 - 3:50PM - 11:00PM 11-13-2002 0001 03-31-2003 0001

MCK    I PROD.1   PRODUCTION 1                08-01-2002 0001 11-13-2002 0001

MCK    ORD B A    ORDERLY BA                  03-15-2002 0001 08-01-2002 0001

MCK    UNASSG     UNASSIGNED                  03-13-2002 1207 03-15-2002 0001

MCK    SHU UNASSG SHU UNASSIGNED              03-07-2002 1838 03-13-2002 1207

MCK    I PROD.1   PRODUCTION 1                01-01-2002 0001 03-07-2002 1838

MCK    VACATION   VACATION                    12-31-2001 0001 01-01-2002 0001

MCK    I PROD.1   PRODUCTION 1                07-20-2000 0001 12-31-2001 0001

MCK    UNASSG     UNASSIGNED                  06-30-2000 1232 07-20-2000 0001

MCK    SHU UNASSG SHU UNASSIGNED              06-22-2000 1200 06-30-2000 1232

MCK    I PROD.1   PRODUCTION 1                02-08-2000 0945 06-22-2000 1200

MCK    UNASSG     UNASSIGNED                  02-08-2000 1435 02-08-2000 1436

MCK    A&O        ADMISSION & ORIENTATION     02-08-2000 0945 02-08-2000 1435

LEW    UNASSG     UNASSIGNED WORK DETAIL      02-03-2000 1300 02-08-2000 0620

BRO    A&O        ADMISSION & ORIENTATION     01-12-2000 1357 02-03-2000 0456

LEW    UNASSG     UNASSIGNED WORK DETAIL      01-07-2000 1254 01-12-2000 0510

MCK    I PROD.1   PRODUCTION 1                11-05-1999 0001 01-07-2000 0930

MCK    UNASSG     UNASSIGNED                  11-04-1999 0001 11-05-1999 0001

MCK    A&O        ADMISSION & ORIENTATION     10-26-1999 0958 11-04-1999 0001

LEW    UNASSG     UNASSIGNED WORK DETAIL      10-05-1999 1611 10-26-1999 0515

LEW    UNASSG     UNASSIGNED WORK DETAIL      08-11-1999 1420 08-16-1999 0608
```

| | | | | |
|------|----------|-------------------------------|----------------------|
| MCK | I PROD.1 | PRODUCTION 1 | 04-13-1999 1259 08-11-1999 1025 |
| MCK | PROD.1 | PRODUCTION 1 | 03-23-1999 0001 04-13-1999 1259 |
| MCK | ORD 2 A | ORDERLY 2 A | 11-12-1998 0904 03-23-1999 0001 |
| MCK | UNASSG | UNASSIGNED | 11-10-1998 0001 11-12-1998 0904 |
| MCK | A&O | ADMISSION & ORIENTATION | 11-05-1998 0945 11-10-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 10-22-1998 1502 11-05-1998 0521 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 10-11-1998 0800 10-22-1998 0931 |
| OTV | HLD-A&O | WAITING FOR A/O | 10-08-1998 0001 10-11-1998 0800 |
| OTV | UNASSG | UNASSIGNED | 10-07-1998 1700 10-08-1998 0001 |
| BRO | UNASSG | UNASSIGNED WORK ASSIGNMENT | 09-09-1998 1444 09-17-1998 1121 |
| BRO | A&O | ADMISSION & ORIENTATION | 08-26-1998 1229 09-09-1998 1444 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 08-21-1998 1454 08-26-1998 0602 |

G0002        MORE PAGES TO FOLLOW . . .

```
  BOPUK  531.01 *              INMATE HISTORY          *      11-20-2006
PAGE 002 OF 002 *                 WRK DETAIL           *      14:14:03
```

REG NO..: 47580-053 NAME....: DAVILA-BAJANA, JUAN
CATEGORY: WRK        FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME STOP  DATE/TIME |
|------|------------|------------------------------|----------------------|
| MCK | ORD 2 A | ORDERLY 2 A | 04-14-1998 0001 08-21-1998 1030 |
| MCK | UNASSG | UNASSIGNED | 04-08-1998 0001 04-14-1998 0001 |
| MCK | A&O | ADMISSION & ORIENTATION | 04-01-1998 1000 04-08-1998 0001 |
| LEW | UNASSG | UNASSIGNED WORK DETAIL | 03-26-1998 1339 04-01-1998 0515 |
| OTV | UN JAIL | HOLDOVER/JAIL INMATE UNASSG | 03-22-1998 1022 03-26-1998 0845 |
| OTV | HLD-A&O | WAITING FOR A/O | 03-19-1998 0001 03-22-1998 1022 |
| OTV | UNASSG | UNASSIGNED | 03-18-1998 1624 03-19-1998 0001 |
| BRO | ORD CCS AM | CORR SVC AM ORDERLY | 02-26-1998 1310 03-06-1998 1033 |

```
BRO   ORD CCS AM CORR SVC AM ORDERLY        02-24-1998 1201 02-26-1998 1309

BRO   UNASSG     UNASSIGNED WORK ASSIGNMENT   02-10-1998 1858 02-24-1998 1201

BRO   A&O        ADMISSION & ORIENTATION      01-22-1998 1308 02-10-1998 1858

NYM   UNASSG     UNASSIGNED WORK DETAIL       01-21-1998 1134 01-22-1998 1134

NYM   UNIT 11S   UNIT 11S ORDERLY             12-11-1996 1130 01-21-1998 1134

NYM   UNASSG     UNASSIGNED WORK DETAIL       11-22-1996 0721 12-11-1996 1130

NYM   A & O      ADMISSION & ORIENTATION      11-08-1996 1752 11-22-1996 0721
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```