Attachment C

```
  BOPUK          *          INMATE DISCIPLINE DATA          *     11-08-2006
PAGE 001 OF 001  *      CHRONOLOGICAL DISCIPLINARY RECORD   *     11:45:50

REGISTER NO: 47580-053 NAME..: DAVILA-BAJANA, JUAN
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-08-2006
-----------------------------------------------------------------------------

REPORT NUMBER/STATUS.: 970964 - SANCTIONED  INCIDENT DATE/TIME: 03-07-2002 1215

DHO HEARING DATE/TIME: 04-15-2002 0745
FACL/CHAIRPERSON.....: MCK/LINDEN J
REPORT REMARKS.......: EXPUNGED CODE 108.  ADMITTED HAVING 2 HALF DISCS OF
                       SAND PAPER IN WORK STATION DESK IN UNICOR.
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         DIS GCT    / 13 DAYS / CS
         COMP:020 LAW:P
         LOSE JOB   / 90 DAYS / CS
         COMP:      LAW:    LOSS OF JOB IN UNICOR (PRODUCTION 1), FROM
                            04-15-2002 THROUGH 07-13-2002.




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```