

ERIE PA 165
08 DEC 2006 PM 1 T

CLERK OF THE COURT FOR
U.S. DISTRICT COURT OF PENNSYLVANIA
THE WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
ERIE, PA 16501

16507+0820

RECEIVED
DEC 11 2006
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000, BRADFORD, PA 167
DATE 12-8-06
The enclosed letter was processed through spe
for forwarding to you. The letter has neither b
inspected. If the writer raises a question or pr
this facility has jurisdiction, you may wish to re
for further information or clarification. If the wri
correspondence for forwarding to another addr
the enclosure to the above address.