Juan Davila-Bajana                                    December 10, 2006
Fed. Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Clerk of the Court
U.S.D.C. for W.D. PA
P.O. Box 1820
Erie, PA 16501

RE:   DAVILA V. HOLOHAN, CASE NO. 04-253E.

Dear Sirs:

    Please find enclosed a copy of the Exhibit A as referenced in my recently filed Motion for Enlargement of Time.

    This submission is done within the ten (10) day limit as set forth in the Local Rules; and I believe that the Court will now have every thing that it needs to Rule on my Motion.

    As always, I thank you for your time and efforts in assisting me. And should you need more from me, please contact me at the address above.

Sincerely,

Juan Davila-Bajana

enc. YES
cc.  FILE; AUSA KOVAC



U.S. Department of Justice

United States Attorney
Western District of Pennsylvania

Ex. A

---

U.S. Post Office & Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219

412/644-3500

November 28, 2006

Doc. # 04-253 E
(Judge: Baxter)

Mr. Juan Davila-Bajana
Plaintiff Pro Se
Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA 16701

Dear Mr. Davila Bajana:

    Enclosed you will find Answers to your Interrogatories that were received in this office on November 2, 2006. We also received your requests for documents and our responses to those requests will be forwarded to you by separate correspondence.

                                      Sincerely,

                                      MARY BETH BUCHANAN
                                      United States Attorney

                                      PAUL D. KOVAC
                                      Assistant United States Attorney

Enclosure