Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
12 DEC 2006 PM 2 T

CLERK OF THE COURT
U.S. DISTRICT COURT FOR
THE DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
ERIE, PA 16501