```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-253E |
| | ) | |
| v. | ) | Hon. Sean J. McLaughlin |
| | ) | U.S. District Judge |
| TIM HOLOHAN, et al., | ) | |
| | ) | Hon. Susan Paradise Baxter |
| Defendants. | ) | Chief U.S. Magistrate Judge |
| | ) | |
| | ) | ELECTRONICALLY FILED |
| | ) | |

**ORDER**

AND NOW, to wit, this ____ day of _____, 2006, upon consideration of Defendants' Motion to Stay Filing of Pretrial Statements,

IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the filing of the Pretrial Statements of both parties be STAYED until further notice of the Court.

                                        _____
                                        CHIEF U.S. MAGISTRATE JUDGE

cc: All parties