Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

TIONAL INSTITUTION, MCKEAN
ADFORD, PA 16701
01- __-07___
ocessed through special mailing procedures
letter has neither been opened nor
es a question or problem over which
you may wish to return the material
arification. If the writer encloses
ting to another addressee, please return
address.

ERIE PA 165

05 JAN 2007 PM 1 L

CLERK OF THE COURT
U.S. DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
ERIE, PA 16501

**RECEIVED**

JAN - 8 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**RECEIVED**

JAN - 8 2007