EDINBORO UNIVERSITY
SESQUICEN
1857-20

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RECEIVED

JAN - 9 2007

ERIE PA 165
08 JAN 2007 PM 2 T

Clerk of the Court
U.S. District Court for
Western District of Pennsylvania
P.O. Box 1820
Erie, PA 16501

Federal Correctional Institution McKean
Name: Juan [illegible]
Reg.#: 17586-068
P.O. Box 8000
Bradford, PA 16701