IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUAN DAVILA-BAJANA, )
      Plaintiff, )
 )
   v. ) Civil Action No. 04-253 Erie
 )
TIM HOLOHAN, et al, )
      Defendants. )

## **ORDER**

AND NOW, this 10th Day of January, 2007, it is hereby

ORDERED that the above captioned case is scheduled for a Hearing on the Motion for Extension of time to effectuate service (Doc. #69) before the Honorable Susan Paradise Baxter, on Tuesday, January 16, 2007, at 10:15 a.m.  Counsel for the Defendants is directed to make arrangements for all parties to participate by conference call on the above date and time to telephone number (814) 464-9632.

                                  s/Susan Paradise Baxter
                                  SUSAN PARADISE BAXTER
                                  CHIEF UNITED STATES MAGISTRATE JUDGE

c:  all parties of record (lw)