# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Juan Davila-Bajana                                )
                                                  )
_____                   )
                            Plaintiff  )
                    vs.                )        No. _____CA 04-253 Erie_____
Tim Holohan, et al                     )
_____        )
_____        )
                            Defendants )

**HEARING ON** January 16, 2007 _____

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Juan Davila-Bajana, pro se _____          Paul D. Kovac, Esq., AUSA _____
Bryan Barner - an inmate _____            _____
          Appear for Plaintiff                      Appear for Defendant

Hearing Begun   10:10 _____               Hearing Adjourned to  10:75 _____

Hearing concluded C.A.V. _____            Stenographer  Sonya Hoffman _____
                                          CD: _____ Index: _____
                       **WITNESSES**
        For Plaintiff                          For Defendant

_____ Defense counsel to accept service on behalf
of Ms Klack & Forsyth. P's motion to extend time
for service [Doc. #69] is dismissed as moot.
P's motion for extension of time to respond
to motion to dismiss [Doc #70] is granted. P
may file his response before February 16, 2007.

_____          _____

_____          _____

                                          C. Sander,
                                          Staff Attorney