HLD-42 (January 2007) January 19, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
### C.A. No. 06-4065

JUAN DAVILA-BAJANA

      vs.

TIM HOLOHAN, ET AL.
        (W.D. Pa. Civ. No. 04-cv-00253)

PRESENT:   SCIRICA, CHIEF JUDGE, WEIS and GARTH, CIRCUIT JUDGES

      Submitted are:

    (1)       By the Clerk for possible dismissal due to a jurisdictional defect; and

    (2)       Appellant's jurisdictional response

in the above-captioned case.

                                                   Respectfully,

                                                   Clerk

---------------------------------------------- ORDER --------------------------------------------

      Juan Davila-Bajana, a federal inmate, filed the underlying action asserting a claim under the Federal Torts Claim Act ("FTCA"), as well as claims alleging an 8th Amendment violation and retaliation pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). Davila-Bajana appeals from the District Court's order entered August 21, 2006, in which it granted in part and denied in part defendants' motion to dismiss. The District Court concluded that appellant's FTCA claim was barred by the statute of limitations and that his 8th Amendment claim had not been exhausted, but that his retaliation claim should proceed. The case thus remains ongoing as to appellant's retaliation claim and, in fact, an order has recently been issued allowing him until February 16, 2007 to respond to defendants' second motion to dismiss.

      To be appealable under 28 U.S.C. § 1291, an order must end the litigation as to all claims and all parties.  <u>Andrews v. United States</u>, 373 U.S. 334 (1963).  Because the order appealed does not dismiss all claims as to all parties and the District Court denied appellant's request for certification under Fed. R. Civ. P. 54(b) in an order entered October 6, 2006, the order is not appealable at this time.  The appeal is thus dismissed for lack of appellate jurisdiction.

By the Court,

/s/ WEB
United States Circuit Judge

Dated: January 31, 2007
tmk/cc: Mr. Juan Davilla-Bajana
       Robert L. Eberhardt, Esq

A True Copy:

Marcia M. Waldron, Clerk