```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUAN DAVILA-BAJANA,           )    Civil Action No. 04-253E
                              )
         Plaintiff,           )    Hon. Sean J. McLaughlin
                              )    United States District
     v.                       )    Judge
                              )
TIM HOLOHAN, et al.,          )    Hon. Susan Paradise Baxter
                              )    Chief United States Magistrate
         Defendants.          )    Judge
                              )
                              )    ELECTRONICALLY FILED
                              )
```

DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO FILE PRETRIAL STATEMENT

AND NOW, come Defendants, Tim Holohan, et al., through counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Paul D. Kovac, Assistant United States Attorney for said district, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully move the Court to issue an Order enlarging the time within which the parties may file their Pretrial Statements.  In further support of this Motion, Defendants aver as follows:

    1.  On December 15, 2006, this Court issued a Text Order directing Plaintiff to file his pretrial narrative statement by January 10, 2007, and directing Defendants to file their pretrial narrative statement by February 9, 2007.

    2.  Plaintiff never filed a pretrial narrative.  Instead, Plaintiff requested an extension of time to file a response to Defendants' Motion to Dismiss.  The Court granted this extension request and ordered Plaintiff to file his response by

February 16, 2007.  There was no mention of Plaintiff's failure to file his pretrial narrative statement, nor did this Court ever extend the due date for this filing.

    3.  Defendants should have the benefit of first seeing Plaintiff's pretrial narrative prior to filing their own. Accordingly, Defendants respectfully request an Order directing Plaintiff to file his pretrial narrative by February 28, 2007, and that Defendants' pretrial narrative be filed by March 28, 2007.  A proposed Order is attached.

                              Respectfully submitted,

                              MARY BETH BUCHANAN
                              United States Attorney


                              s/Paul D. Kovac
                              PAUL D. KOVAC
                              Assistant U.S. Attorney
                              Western District of Pennsylvania
                              U.S. Post Office & Courthouse
                              700 Grant Street, Suite 4000
                              Pittsburgh, PA 15219
                              (412) 894-7489

Dated:  February 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2007, I electronically filed and mailed via first-class U.S. mail, a true and correct copy of **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL NARRATIVE** to the following:

>Mr. Juan Davila-Bajana
>Plaintiff Pro Se
>Reg. No. 47580-053
>FCI-McKean
>P.O. Box 8000
>Bradford, PA 16701

>s/Paul D. Kovac
>PAUL D. KOVAC
>Assistant U.S. Attorney