IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN DAVILA-BAJANA, | ) | Civil Action No. 04-253E |
| | ) | |
| Plaintiff, | ) | Hon. Sean J. McLaughlin |
| | ) | United States District |
| v. | ) | Judge |
| | ) | |
| TIM HOLOHAN, <u>et</u> <u>al.</u>, | ) | Hon. Susan Paradise Baxter |
| | ) | Chief United States Magistrate |
| Defendants. | ) | Judge |
| | ) | |
| | ) | ELECTRONICALLY FILED |
| | ) | |

O R D E R

AND NOW, to wit, this _____ day of _____, 2007, upon consideration of Defendants' Motion for Enlargement of Time to File Pretrial Statement, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file his pretrial narrative no later than February 28, 2007, and that Defendants shall file their pretrial narrative no later than March 28, 2007.

_____
CHIEF U.S. MAGISTRATE JUDGE

cc: All Parties