

ERIE PA 165
13 FEB 2007 PM 1 L

RECEIVED
FEB 1 4 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLERK OF THE COURT
U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
ERIE, PA 16501

Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

All,

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000, BRADFORD, PA 16701
DATE 02-13-07
The enclosed letter was processed through spec
for forwarding to you. The letter has neither be
inspected. If the writer raises a question or pro
this facility has jurisdiction, you may wish to ret
for further information or clarification. If the writ
correspondence for forwarding to another addre
the enclosure to the above address.