**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JUAN DAVILA-BAJANA                )
                    Plaintiff        )
                                     )
                                     )        C.A. No. 04-253 Erie
                                     )
TIM HOLOHAN                        )
                    Defendant        )


## ORDER


         AND NOW, this 15th day of February, 2006;

         IT IS ORDERED that Plaintiff's motion for extension of time [Document # 75] is

granted.  Plaintiff's opposition brief is due March 10, 2007; Plaintiff's pretrial narrative statement

is due March 30, 2007; Defendants' pretrial narrative statement is due April 13, 2007.  No further

extensions of time will be granted.




                              s/ Susan Paradise Baxter
                              SUSAN PARADISE BAXTER
                              CHIEF UNITED STATES MAGISTRATE JUDGE