Federal Correctional Institute Mckean
Jun Davila - Bajana
#47590-053
Box 8000
Bradford, PA 16701

FEDERAL CORRECTIONAL INSTITU
P O BOX 5000 BRADFORD, PA 1
DATE 02-21-07

The enclosed letter was processed through
for forwarding to you. The letter has neith
inspected. If the writer raises a question o
this facility has jurisdiction, you may wish t
for further information or clarification. If th
correspondence for forwarding to another
the enclosure to the above address.

Clerk of the Court
U.S. District Court for
Western District of PA
P.O. Box 1820
ERIE, PA 16501



**RECEIVED**

FEB 2 2 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

