IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN DAVILA-BAJANA ) | |
|     Plaintiff ) | |
| ) | C.A. No. 04-253 Erie |
| TIM HOLOHAN ) | |
|     Defendant ) | |

**O R D E R**

AND NOW, this 3rd day of April, 2007;

IT IS HEREBY ORDERED that Plaintiff show cause before April 11, 2007 for his failure to file a pre-trial statement as directed by this Court on February 16, 2007. **Failure to comply with this Order may result in the dismissal of this action for failure to prosecute.**


                                    s/ Susan Paradise Baxter
                                    SUSAN PARADISE BAXTER
                                    CHIEF UNITED STATES MAGISTRATE JUDGE