Federal Correctional Institution McKean
Name: Juan Davila-Bajana
Reg. #: 47580-053
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
12 APR 2007 PM 2 T

Clerk of the Court
U.S. District Court for
Western District of PA
P.O. Box 1820
ERIE, PA 16501



RECEIVED
APR 13 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA