Federal Correctional Institute McKean
Juan Davila-Bajana
# 47590-053
Box 8000
Bradford, PA 16701

Clerk of the Court
U.S. District Court for
Western District of PA
P.O. Box 1820
Erie, PA 16501



RECEIVED

APR 1 8 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA