UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

JUAN DAVILA-BAJANA,                    :
         PLAINTIFF                     :
                                       :
    -VS-                               :
                                       :
TIM HOLOHAN, ET AL.,                   :    CIVIL ACTION NO. 04-253 ERIE
                                       :
         DEFENDANTS.                   :    JUDGE SEAN J. MCLAUGHLIN
                                       :    MAGISTRATE SUSAN P. BAXTER
                                       :

SUPPLEMENTAL EXHIBIT LIST

   NOW COMES Juan Davila-Bajana, Pro Se (Plaintiff); and hereby respectfully submits a Supplemental Exhibit List for his upcoming Trial. This is both an Exhibit List and a continued effort to disclose Discovery to the Defendants.

   And as a general matter, should the Defendants wish to receive copies of this materials, though Plaintiff deems that as they are both Documents from a federal agency, and that the UNICOR Factory at FCI McKean are the subject of the Documents -- that they already have them. But should they wish to photocopy them, Plaintiff submits that they can do so at the prison by notifying him and he will bring them to the necessary place for photocopying.

   EXHIBIT     DESCRIPTION:

   P-60        EXCERPTS FROM OSHA FILE ON FCI MCKEAN UNICOR INSPECTIONS DURING
               THE TIME PERIOD OF THE PRESENT ACTION/COMPLAINT.

DECLARATION AND CERTIFICATE OF SERVICE

I, Juan Davila-Bajana, hereby declare and affirm under the penalty of perjury pursuant to 28 USC §1746(2) that the foregoing pleading is true and correct to the best of my knowledge and recollection; and that I served, by first-class postage prepaid surrender to the prison officials, true and correct originals, of the foregoing pleading and accompanying Declaration, this 24th day of May, 2007, to:

1. Paul D. Kovac
   AUSA for W.D. PA
   700 Grant St., Ste. 4000
   Pittsburgh, PA 15219

Juan Davila-Bajana, Pro Se
Fed. Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA 16701