Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
25 MAY 2007 PM 1 L

CLERK OF THE COURT
U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
17 SOUTH PARK ROW
EIRE, PA 16501

RECEIVED
MAY 2 9 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA