

Federal Correctional Institution McKean
Name: Vilor Davila - Rivera
Reg.#: 41550-053
P.O. Box 8000
Bradford, PA 16701

Clerk of the Court for
U.S. District Court for
the Western District of PA
P.O. Box 1820
17 South Park Row
Erie, PA 16501

RECEIVED
JUN 1 2 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501161165 0021