Federal Correctional Institution McKean
Name: Juan Davila-Bajana
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

14 JUN 2007 PM 1
ERIE PA 165

RECEIVED
JUN 1 5 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Clerk of Court
U.S.D.C. for W.D. of PA
P.O. Box 1820
Erie, PA 16501

16501 40820