Federal Correctional Institution McKean
Name: Juan Davila-Bajana
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
16 JUL 2007 PM 2 L

US District Court for W.D. of PA
Attn: Clerk of Court
P.O. Box 1820
Erie, PA 16501

RECEIVED
JUL 17 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

