Federal Correctional Institution McKean
Name: Juan Davila-Bajana
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
06 SEP 2007 PM 1 L

Clerk of The Court
U.S. District Court for
Western District of PA
P.O. Box 1820
Erie, PA 16501

RECEIVED
SEP - 7 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16507*0820 R007