Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

RECEIVED
SEP 2 5 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CLERK OF THE COURT
U.S DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
ERIE, PA 16501