UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

JAN - 2 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

JUAN DAVILA-BAJANA,      :
    PLAINTIFF,           :
                        :
-VS-                    :
                        :
TIM HOLOHAN, ET AL.,    :   CIVIL ACTION #04-253-E
                        :
    DEFENDANTS.          :   JUDGE: SEAN J. MCLAUGHLIN
                        :

---

CONSOLIDATED:

NOTICE OF APPEAL OF JUDGE MCLAUGHLIN'S ORDER OF 12/06/07,

AND

REQUEST FOR LEAVE TO APPEAL IN FORMA PAUPERIS

NOW COMES Juan Davila-Bajana, Pro Se (Plaintiff); and hereby respectfully submits his combined Notice of Appeal of Judge Mclaughlin's Order of December 06, 2007, Dismissing his Complaint; and Request for Leave to proceed on Appeal at the Third Circuit in forma pauperis.

As a general matter, Plaintiff persists in the belief that his Claims have merit and that the District Court inadvertently Dismissed his Complaint in err. And Plaintiff intends to raise all the arguments that were placed in his Objections to the Magistrate Judge's Report and Recommendation (R&R) -- as well as any other issue that is cognizable based in the underlying pleadings and the Memorandum Order of 12/06/07.

Furthermore, Plaintiff states that his financial position has not "brightened" since this Honorable Court had Granted his Leave to proceed without prepayment, or providing surety therefor,

fees and costs associated with prosecuting his civil suit. And because of this Plaintiff respectfully request that this Honorable Court will extend his in forma pauperis status to the Appeals Court. For the Court's reference, Plaintiff has attached an updated certified inmate account statement showing that he is, in fact, still without means to prepay the costs associated with an Appeal.

WHEREFORE PLAINTIFF PRAYS, that the Honorable Sean J. Mclaughlin will Enter his Notice of Appeal with the Third Circuit, and certify him to proceed without prepayment, or being required to provide surety of, the fees and costs associated with said appeal.

### DECLARATION AND CERTIFICATE OF SERVICE

I, Juan Davila-Bajana, hereby declare and affirm, under the penalty of perjury pursuant to 28 USC § 1746(2), that the foregoing pleading is true and correct; and that I served, by first-class postage prepaid surrender to the prison officials, two (2) copies of the foregoing Notice of Appeal and one (1) copy of the inmate account statement, this 29th day of December, 2007, to:

1. Clerk of the Court
   U.S.D.C. for W.D. OF PA
   P.O. Box 1820
   Erie, PA 16501

Juan Davila-Bajana, Pro Se
Fed. Reg. No. 47580-053
FCI McKean
P.O. Box 8000
Bradford, PA 16701

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | 47580053 |
| Inmate Name: | DAVILA-BAJANA, JUAN |
| Report Date: | 12/27/2007 |
| Report Time: | 11:12:11 AM |
| Current Institution: | McKean FCI |
| Housing Unit: | MCK-B-A |
| Living Quarters: | B01-126L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | 12/25/2007 2:47:58 PM | TFN1225 | | | Phone Withdrawal | ($10.00) | | $105.96 |
| MCK | 12/24/2007 9:05:12 PM | TFN1224 | | | Phone Withdrawal | ($10.00) | | $115.96 |
| MCK | 12/24/2007 7:18:55 PM | TFN1224 | | | Phone Withdrawal | ($15.00) | | $125.96 |
| MCK | 12/23/2007 4:31:16 PM | 70198302 | | | Lockbox - CD | $40.00 | | $140.96 |
| MCK | 12/22/2007 10:58:06 AM | TFN1222 | | | Phone Withdrawal | ($10.00) | | $100.96 |
| MCK | 12/17/2007 10:58:37 AM | TFN1217 | | | Phone Withdrawal | ($10.00) | | $110.96 |
| MCK | 12/9/2007 10:45:03 AM | TFN1209 | | | Phone Withdrawal | ($16.00) | | $120.96 |
| MCK | 12/7/2007 7:54:57 AM | HIPP1107 | | | Payroll - IPP | $16.52 | | $136.96 |
| MCK | 12/2/2007 7:38:12 PM | TFN1202 | | | Phone Withdrawal | ($10.00) | | $120.44 |
| MCK | 11/22/2007 9:19:12 AM | TFN1122 | | | Phone Withdrawal | ($10.00) | | $130.44 |
| MCK | 11/20/2007 5:31:38 AM | 70196001 | | | Lockbox - CD | $50.00 | | $140.44 |
| MCK | 11/18/2007 3:29:26 PM | TFN1118 | | | Phone Withdrawal | ($10.00) | | $90.44 |
| MCK | 11/16/2007 1:49:00 PM | TFN1116 | | | Phone Withdrawal | ($20.00) | | $100.44 |
| MCK | 11/9/2007 4:48:52 PM | TFN1109 | | | Phone Withdrawal | ($18.00) | | $120.44 |
| MCK | 11/9/2007 6:20:55 AM | HIPP1007 | | | Payroll - IPP | $18.44 | | $138.44 |
| MCK | 11/9/2007 5:41:03 AM | 70195401 | | | Lockbox - CD | $120.00 | | $120.00 |
| MCK | 11/7/2007 4:31:19 PM | TFN1107 | | | Phone Withdrawal | ($5.00) | | $0.00 |
| MCK | 11/1/2007 10:50:17 AM | TFN1101 | | | Phone Withdrawal | ($5.00) | | $5.00 |
| MCK | 10/30/2007 10:27:53 AM | TFN1030 | | | Phone Withdrawal | ($5.00) | | $10.00 |
| MCK | 10/28/2007 11:05:39 AM | TFN1028 | | | Phone Withdrawal | ($10.00) | | $15.00 |
| MCK | 10/23/2007 9:27:12 AM | TFN1023 | | | Phone Withdrawal | ($5.00) | | $25.00 |
| MCK | 10/22/2007 10:39:35 AM | TFN1022 | | | Phone Withdrawal | ($15.00) | | $30.00 |
| MCK | 10/22/2007 5:18:53 AM | 70194003 | | | Lockbox - CD | $30.00 | | $45.00 |
| MCK | 10/6/2007 9:47:37 AM | TFN1006 | | | Phone Withdrawal | ($5.00) | | $15.00 |
| MCK | 10/5/2007 10:38:34 AM | TFN1005 | | | Phone Withdrawal | ($9.00) | | $20.00 |
| MCK | 10/5/2007 7:58:44 AM | HIPP0907 | | | Payroll - IPP | $18.00 | | $29.00 |
| MCK | 10/3/2007 3:29:44 PM | DRR1003 | | | Sales | $1.25 | | $11.00 |
| MCK | 10/1/2007 11:54:21 AM | 92 | | | Sales | ($5.90) | | $9.75 |
| MCK | 9/24/2007 10:37:31 AM | TFN0924 | | | Phone Withdrawal | ($5.00) | | $15.65 |
| MCK | 9/20/2007 12:29:21 PM | 81 | | | Sales | ($1.85) | | $20.65 |
| MCK | 9/20/2007 11:51:39 AM | 58 | | | Sales | $9.10 | | $22.50 |
| MCK | 9/20/2007 11:50:41 AM | 57 | | | Sales | ($18.30) | | $13.40 |
| MCK | 9/13/2007 11:43:17 AM | 54 | | | Sales | ($19.00) | | $31.70 |

| Alpha Code | Date | Reference | | Type | Amount | Balance |
|---|---|---|---|---|---|---|
| MCK | 9/8/2007 4:57:00 PM | TFN0908 | | Phone Withdrawal | ($13.00) | $50.70 |
| MCK | 9/8/2007 10:58:46 AM | TFN0908 | | Phone Withdrawal | ($10.00) | $63.70 |
| MCK | 9/8/2007 5:43:15 AM | 70191101 | | Lockbox - CD | $30.00 | $73.70 |
| MCK | 9/7/2007 8:14:14 AM | GIPP0807 | | Payroll - IPP | $18.44 | $43.70 |
| MCK | 9/3/2007 9:49:09 AM | TFN0903 | | Phone Withdrawal | ($5.00) | $25.26 |
| MCK | 9/1/2007 9:20:15 AM | TFN0901 | | Phone Withdrawal | ($8.00) | $30.26 |
| MCK | 8/25/2007 10:44:34 AM | TFN0825 | | Phone Withdrawal | ($10.00) | $38.26 |
| MCK | 8/23/2007 2:18:48 PM | TFN0823 | | Phone Withdrawal | ($5.00) | $48.26 |
| MCK | 8/23/2007 12:22:39 PM | 78 | | Sales | ($12.20) | $53.26 |
| MCK | 8/22/2007 5:36:19 PM | TFN0822 | | Phone Withdrawal | ($5.00) | $65.46 |
| MCK | 8/21/2007 2:57:38 PM | TFN0821 | | Phone Withdrawal | ($5.00) | $70.46 |
| MCK | 8/18/2007 8:42:17 PM | TFN0818 | | Phone Withdrawal | ($5.00) | $75.46 |
| MCK | 8/12/2007 10:52:56 AM | TFN0812 | | Phone Withdrawal | ($10.00) | $80.46 |
| MCK | 8/11/2007 7:38:16 AM | TFN0811 | | Phone Withdrawal | ($15.00) | $90.46 |
| MCK | 8/9/2007 12:22:31 PM | GIPP0707 | | Payroll - IPP | $20.12 | $105.46 |
| MCK | 8/9/2007 11:47:45 AM | 68 | | Sales | $12.50 | $85.34 |
| MCK | 8/9/2007 11:38:50 AM | 65 | | Sales | ($98.15) | $72.84 |

1 2 3

Total Transactions: 123

Totals: $15.23   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCK | $65.96 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 | $0.00 | $105.96 |
| Totals: | $65.96 | $0.00 | $0.00 | $0.00 | $0.00 | $40.00 | $0.00 | $105.96 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $714.48 | $689.15 | $52.95 | $140.96 | $120.35 | N/A | N/A |

Authorized by the Act of July 7, 1955 to Administer Oaths
(18 U.S.C. 4004)

_signature_

Case Manager
F.C.I. McKean, PA