Federal Correctional Institution McKean
Name: JUAN DAVILA-BAJANA
Reg.#: 47580-053
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
31 DEC 2007
HAPPY HOLIDAYS

RECEIVED
JAN -2 2008
CLERK U.S. DISTRICT COURT
WESTERN DIST OF PENNSYLVANIA

CLERK OF THE COURT
U.S. DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1820
17 SOUTH PARK ROW
ERIE, PA 16501

16501$1155